Stephen E. Hessler (*pro hac vice* pending)
Patrick Evans (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900

- and -

James H.M. Sprayregen, P.C.
Ross M. Kwasteniet (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
KUTAK ROCK LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
Telephone:      (804) 644-1700
Facsimile:      (804) 783-6192

*Proposed Counsel for the Debtors and
Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT COAL CORPORATION, | ) | Case No. 15-32450 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx2045 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| APOGEE COAL COMPANY, LLC, | ) | Case No. 15-32455 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx2865 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| APPALACHIA MINE SERVICES, LLC | ) | Case No. 15-32460 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx0233 | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BLACK STALLION<br>COAL COMPANY, LLC | ) | Case No. 15-32469 (KLP) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. xx-xxx7792 | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| BRODY MINING, LLC | ) | Case No. 15-32471 (KLP) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. xx-xxx0610 | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| CATENARY COAL COMPANY, LLC | ) | Case No. 15-32474 (KLP) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. xx-xxx5836 | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTRAL STATES<br>COAL RESERVES OF KY, LLC | ) | Case No. 15-32476 (KLP) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. xx-xxx0681 | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| COLONY BAY COAL COMPANY | ) | Case No. 15-32479 (KLP) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. xx-xxx4613 | ) |  |

2

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CORYDON RESOURCES LLC | ) Case No. 15-32480 (KLP) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. xx-xxx3790 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| COYOTE COAL COMPANY LLC | ) Case No. 15-32487 (KLP) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. xx-xxx6141 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| DODGE HILL MINING COMPANY, LLC | ) Case No. 15-32482 (KLP) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. xx-xxx8899 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| EASTERN ASSOCIATED COAL, LLC | ) Case No. 15-32484 (KLP) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. xx-xxx5516 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| EASTERN ROYALTY, LLC | ) Case No. 15-32489 (KLP) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. xx-xxx8759 | ) |

3

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EMERALD PROCESSING, L.L.C. | ) | Case No. 15-32448 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx6524 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GATEWAY EAGLE | ) | Case No. 15-32493 (KLP) |
| COAL COMPANY, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx6908 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GRAND EAGLE MINING, LLC | ) | Case No. 15-32497 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx0622 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HERITAGE COAL COMPANY LLC | ) | Case No. 15-32499 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx6920 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HIGHLAND MINING COMPANY, LLC | ) | Case No. 15-32452 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx9675 | ) | |

4

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HILLSIDE MINING COMPANY | ) Case No. 15-32457 (KLP) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. xx-xxx5451 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| HOBET MINING, LLC | ) Case No. 15-32461 (KLP) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. xx-xxx6083 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| JUPITER HOLDINGS LLC | ) Case No. 15-32464 (KLP) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. xx-xxx8670 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| KANAWHA EAGLE COAL, LLC | ) Case No. 15-32449 (KLP) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. xx-xxx9926 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| KANAWHA RIVER VENTURES III, LLC | ) Case No. 15-32468 (KLP) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. xx-xxx6617 | ) |

5

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LITTLE CREEK LLC | ) | Case No. 15-32470 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx1764 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MIDLAND TRAIL ENERGY LLC | ) | Case No. 15-32473 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx9024 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MIDWEST COAL RESOURCES II, LLC | ) | Case No. 15-32475 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx0003 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MOUNTAIN VIEW COAL COMPANY, LLC | ) | Case No. 15-32478 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx4206 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PANTHER LLC | ) | Case No. 15-32481 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx3722 | ) | |

6

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT COAL COMPANY, L.P. | ) | Case No. 15-32483 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx8748 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT COAL HOLDINGS I LLC | ) | Case No. 15-32485 (KLP) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx4872 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT COAL HOLDINGS II LLC | ) | Case No. 15-32486 (KLP) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx2361 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT COAL SALES LLC | ) | Case No. 15-32490 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx2530 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT COAL SERVICES LLC | ) | Case No. 15-32492 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx9485 | ) | |

7

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT LEASING COMPANY LLC | ) | Case No. 15-32495 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx9264 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT MIDWEST HOLDINGS, LLC | ) | Case No. 15-32498 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx0400 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT RESERVE HOLDINGS, LLC | ) | Case No. 15-32500 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx5596 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT VENTURES LLC | ) | Case No. 15-15-32451 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx5661 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PINE RIDGE COAL COMPANY, LLC | ) | Case No. 15-15-32453 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx7187 | ) | |

KE 35970919

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REMINGTON LLC | ) | Case No. 15-15-32454 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx3721 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RHINO EASTERN | ) | Case No. 15-32456 (KLP) |
| JV HOLDING COMPANY LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx6329 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RIVERS EDGE MINING, INC. | ) | Case No. 15-15-32458 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx8371 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ROBIN LAND COMPANY, LLC | ) | Case No. 15-32459 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx0125 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SPEED MINING LLC | ) | Case No. 15-32462 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx2194 | ) | |

KE 35970919

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THUNDERHILL COAL LLC | ) Case No. 15-32463 (KLP) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. xx-xxx9813 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| WILDCAT ENERGY LLC | ) Case No. 15-32465 (KLP) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. xx-xxx9955 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| WILDCAT, LLC | ) Case No. 15-32466 (KLP) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. xx-xxx3526 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| WILL SCARLET PROPERTIES LLC | ) Case No. 15-32467 (KLP) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. xx-xxx3074 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| WWMV JV HOLDING COMPANY LLC | ) Case No. 15-32472 (KLP) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. xx-xxx2570 | ) |

KE 35970919

### DEBTORS' MOTION FOR ENTRY OF AN ORDER
### DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Patriot Coal Corporation, and certain of its affiliates, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), file this motion (this "<u>Motion</u>") seeking entry of an order, substantially in the form attached hereto as **<u>Exhibit A</u>** (the "<u>Order</u>"), (I) directing procedural consolidation and joint administration of their related chapter 11 cases, and (II) granting related relief.  In support of this Motion, the Debtors respectfully state as follows:

### <u>Jurisdiction</u>

1.      The United States Bankruptcy Court for the Eastern District of Virginia (the "<u>Court</u>") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory bases for the relief requested in this Motion are section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "<u>Bankruptcy Code</u>"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rules 1015-1 and 9013-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the "<u>Local Bankruptcy Rules</u>").

### <u>Background</u>[1]

4.      As of the date hereof (the "<u>Petition Date</u>"), each of the Debtors filed a petition with this Court under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a)

---

[1]   A description of the Debtors' business operations, history, corporate and capital structures, reasons for commencing these cases, and facts and circumstances supporting this Motion are set forth in the *Declaration of Ray Dombrowski, Chief Restructuring Officer of Patriot Coal Corporation, Et Al., in Support of First Day Motions* (the "<u>First Day Declaration</u>"), filed contemporaneously herewith.

KE 35970919

and 1108 of the Bankruptcy Code.  Concurrently with the filing of this Motion, the Debtors have requested procedural consolidation and joint administration of these chapter 11 cases pursuant to Bankruptcy Rule 1015(b).  No party has requested the appointment of a trustee or examiner in these chapter 11 cases, and no committees have been appointed or designated.

### Relief Requested

5.     By this Motion, the Debtors seek entry of the Order, (I) directing joint administration of these chapter 11 cases for procedural purposes only, and (II) granting related relief.  Specifically, the Debtors request that the Court maintain one file and one docket for all of the jointly-administered cases under the case of Patriot Coal Corporation and that the Court administer these chapter 11 cases under a consolidated caption, as follows:

[*Remainder of Page Intentionally Left Blank*]

KE 35970919

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PATRIOT COAL CORPORATION, *et al.*, | ) | Case No. 15-32450 (KLP) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

6.      The Debtors further request that the Court waive the requirements set forth in section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n) that the Debtors' caption include the name, address, and last four digits of the tax identification number of each debtor.

7.      The Debtors also request that the Court enter a docket entry, substantially similar to the following, on the docket of each of the Debtors' other than Patriot Coal Corporation to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Eastern District of Virginia directing joint administration of the chapter 11 cases of:  Patriot Coal Corporation; Apogee Coal Company, LLC; Appalachia Mine Services, LLC; Black Stallion Coal Company, LLC; Brody Mining, LLC; Catenary Coal Company, LLC; Central States Coal Reserves of KY, LLC; Colony Bay Coal Company; Corydon Resources LLC; Coyote Coal Company LLC; Dodge Hill Mining Company, LLC; Eastern Associated Coal, LLC; Eastern Royalty, LLC; Emerald Processing, L.L.C.; Gateway Eagle Coal Company, LLC; Grand Eagle Mining, LLC; Heritage Coal Company LLC; Highland Mining Company, LLC; Hillside Mining Company; Hobet Mining, LLC; Jupiter Holdings LLC; Kanawha Eagle Coal, LLC; Kanawha River Ventures III, LLC; Little Creek LLC; Midland Trail Energy LLC; Midwest Coal Resources II, LLC; Mountain View Coal Company, LLC; Panther LLC; Patriot Coal Company, L.P.; Patriot Coal Holdings I LLC; Patriot Coal Holdings II LLC; Patriot Coal Sales LLC; Patriot Coal Services LLC; Patriot Leasing

Company LLC; Patriot Midwest Holdings, LLC; Patriot Reserve Holdings, LLC; Patriot Ventures LLC; Pine Ridge Coal Company, LLC; Remington LLC; Rhino Eastern JV Holding Company LLC; Rivers Edge Mining, Inc.; Robin Land Company, LLC; Speed Mining LLC; Thunderhill Coal LLC; Wildcat Energy LLC; Wildcat, LLC; Will Scarlet Properties LLC; WWMV JV Holding Company LLC. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 15-32450 (KLP).**

8.      Finally, the Debtors seek authority to file the monthly operating reports required by the *Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees*, issued by the Office of the United States Trustee for the Eastern District of Virginia (the "U.S. Trustee"), on a consolidated basis, but the Debtors shall track and break out disbursements on a debtor-by-debtor basis in each monthly operating report.

## Basis for Relief

9.      Bankruptcy Rule 1015(b) provides, in pertinent part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates."   The forty-eight Debtor entities that commenced chapter 11 cases are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code. Accordingly, the Bankruptcy Code and Bankruptcy Rules authorize the Court to grant the relief requested herein by virtue of the fact that Patriot Coal Corporation is the direct or indirect parent of each of the other Debtors.

10.      Local Bankruptcy Rule 1015-1 provides additional authority for the Court to order joint administration of these chapter 11 cases:

KE 35970919

> In all joint petitions filed with the Court, the case will be
> administered through joint administration of the estates unless the
> trustee or other interested party files an objection to joint
> administration within 14 days after the meeting of creditors and
> gives notice of a hearing date on such objection.

Local Bankr. R. 1015-1.[1]

11.    Joint administration is generally non-controversial, and courts in this district routinely order joint administration in cases with multiple related debtors. *See, e.g.*, *In re James River Coal Company*, No. 14-31848 (KRH) (Bankr. E.D. Va. April 10, 2014); *In re AMF Bowling Worldwide, Inc.*, No. 12-36495 (KRH) (Bankr. E.D. Va. Nov. 14, 2012); *In re Workflow Mgmt., Inc.*, No. 10-74617 (SCS) (Bankr. E.D. Va. Oct. 1, 2010); *In re Movie Gallery, Inc.*, No. 10-30696 (DOT) (Bankr. E.D. Va. Feb. 3, 2010); *In re Circuit City Stores, Inc.*, No. 08-35653 (KRH) (Bankr. E.D. Va. Nov. 10, 2008); *In re Movie Gallery, Inc.*, No. 07-33849 (DOT) (Bankr. E.D. Va. Oct. 16, 2007); *In re US Airways, Inc.*, No. 04-13819 (SSM) (Bankr. E.D. Va. Sept. 13, 2004).[2]

12.    Given the integrated nature of the Debtors' operations, joint administration of these chapter 11 cases will provide significant administrative convenience without harming the substantive rights of any party in interest.  Many of the motions, hearings, and orders in these chapter 11 cases will affect each and every Debtor entity.  The entry of an order directing joint administration of these chapter 11 cases will reduce fees and costs by avoiding duplicative filings and objections.  Joint administration also will allow the U.S. Trustee and all parties in interest to monitor these chapter 11 cases with greater ease and efficiency.

---

1    In addition, section 105(a) of the Bankruptcy Code states that a bankruptcy court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of the [Bankruptcy Code]."

2    Because of the voluminous nature of the orders cited herein, such orders are not attached to this Motion.  Copies of these orders are available upon request to the Debtors' proposed counsel.

KE 35970919

13.     Moreover, joint administration will not adversely affect the Debtors' respective constituencies because this Motion seeks only administrative, not substantive, consolidation of the Debtors' estates.  Parties in interest will not be harmed by the relief requested; instead, parties in interest will benefit from the cost reductions associated with the joint administration of these chapter 11 cases.  Accordingly, the Debtors submit that the joint administration of these chapter 11 cases is in the best interests of their estates, their creditors, and all other parties in interest.

14.     Furthermore, due to the large number of debtors in these chapter 11 cases, waiver of the requirements set forth in section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n) that the Debtors' caption include the name, address, and last four digits of the tax identification number of each debtor is appropriate in these cases.  More importantly, waiver of these requirements is purely procedural in nature and will not affect the rights of parties in interest, particularly as this information is available on all of the Debtors' chapter 11 petitions.

### **Waiver of Memorandum of Points and Authorities**

15.     The Debtors respectfully request that this Court treat this motion as a written memorandum of points and authorities or waive any requirement that this motion be accompanied by a written memorandum of points and authorities as described in Local Bankruptcy Rule 9013-1(G).

### **Notice**

16.     The Debtors will provide notice of this Motion to: (a) the Office of the United States Trustee for the Eastern District of Virginia; (b) the administrative agents for the Debtors' prepetition credit facilities; (c) the indenture trustee for the Debtors' prepetition notes; (d) counsel for each of the foregoing referenced in clauses (b)-(c);  (e) counsel to lenders for the

debtor in possession facility; (f) those creditors holding the 30 largest unsecured claims against

the Debtors' estates on a consolidated basis; (g) the Internal Revenue Service; (h) the United

States Environmental Protection Agency; (i) the state attorneys general for states in which the

Debtors conduct business; (j) the Office of the United States Attorney for the Eastern District of

Virginia; and (k) any party that has requested notice pursuant to Bankruptcy Rule 2002.  The

Debtors submit that, in light of the nature of the relief requested, no other of further notice need

be given.

## **No Previous Request**

17.     No prior motion for the relief requested herein has been made to this or any other

court.


*[Remainder of Page Intentionally Left Blank]*

KE 35970919

WHEREFORE, the Debtors respectfully request that the Court grant the relief requested herein and such other and further relief as is just and proper.

Dated:  May 12, 2015
Richmond, Virginia

/s/ Michael A. Condyles
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
Telephone:      (804) 644-1700
Facsimile:      (804) 783-6192

- and -

Stephen E. Hessler (*pro hac vice* pending)
Patrick Evans (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900

- and -

James H.M. Sprayregen, P.C.
Ross M. Kwasteniet (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200

*Proposed Counsel for the
Debtors and Debtors in Possession*

# EXHIBIT A

**Proposed Order**

KE 35970919

Stephen E. Hessler (*pro hac vice* pending)
Patrick Evans (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:        (212) 446-4800
Facsimile:        (212) 446-4900

- and -

James H.M. Sprayregen, P.C.
Ross M. Kwasteniet (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:        (312) 862-2000
Facsimile:        (312) 862-2200

*Proposed Counsel for the Debtors and
Debtors in Possession*

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
KUTAK ROCK LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
Telephone:        (804) 644-1700
Facsimile:        (804) 783-6192

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT COAL CORPORATION, | ) | Case No. 15-32450 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx2045 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| APOGEE COAL COMPANY, LLC, | ) | Case No. 15-32455 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx2865 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| APPALACHIA MINE SERVICES, LLC | ) | Case No. 15-32460 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx0233 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLACK STALLION | ) | Case No. 15-32469 (KLP) |
| COAL COMPANY, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx7792 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BRODY MINING, LLC | ) | Case No. 15-32471 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx0610 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CATENARY COAL COMPANY, LLC | ) | Case No. 15-32474 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx5836 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CENTRAL STATES | ) | Case No. 15-32476 (KLP) |
| COAL RESERVES OF KY, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx0681 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| COLONY BAY COAL COMPANY | ) | Case No. 15-32479 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx4613 | ) | |

3

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CORYDON RESOURCES LLC | ) Case No. 15-32480 (KLP) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. xx-xxx3790 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| COYOTE COAL COMPANY LLC | ) Case No. 15-32487 (KLP) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. xx-xxx6141 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| DODGE HILL MINING COMPANY, LLC | ) Case No. 15-32482 (KLP) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. xx-xxx8899 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| EASTERN ASSOCIATED COAL, LLC | ) Case No. 15-32484 (KLP) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. xx-xxx5516 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| EASTERN ROYALTY, LLC | ) Case No. 15-32489 (KLP) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. xx-xxx8759 | ) |

4

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EMERALD PROCESSING, L.L.C. | ) | Case No. 15-32448 (KLP) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. xx-xxx6524 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| GATEWAY EAGLE COAL COMPANY, LLC | ) | Case No. 15-32493 (KLP) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. xx-xxx6908 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| GRAND EAGLE MINING, LLC | ) | Case No. 15-32497 (KLP) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. xx-xxx0622 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| HERITAGE COAL COMPANY LLC | ) | Case No. 15-32499 (KLP) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. xx-xxx6920 | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| HIGHLAND MINING COMPANY, LLC | ) | Case No. 15-32452 (KLP) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. xx-xxx9675 | ) |  |

5

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HILLSIDE MINING COMPANY | ) | Case No. 15-32457 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx5451 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HOBET MINING, LLC | ) | Case No. 15-32461 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx6083 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JUPITER HOLDINGS LLC | ) | Case No. 15-32464 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx8670 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| KANAWHA EAGLE COAL, LLC | ) | Case No. 15-32449 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx9926 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| KANAWHA RIVER VENTURES III, LLC | ) | Case No. 15-32468 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx6617 | ) | |

6

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LITTLE CREEK LLC | ) | Case No. 15-32470 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx1764 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MIDLAND TRAIL ENERGY LLC | ) | Case No. 15-32473 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx9024 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MIDWEST COAL RESOURCES II, LLC | ) | Case No. 15-32475 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx0003 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MOUNTAIN VIEW COAL COMPANY, LLC | ) | Case No. 15-32478 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx4206 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PANTHER LLC | ) | Case No. 15-32481 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx3722 | ) | |

7

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT COAL COMPANY, L.P. | ) | Case No. 15-32483 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx8748 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT COAL HOLDINGS I LLC | ) | Case No. 15-32485 (KLP) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx4872 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT COAL HOLDINGS II LLC | ) | Case No. 15-32486 (KLP) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx2361 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT COAL SALES LLC | ) | Case No. 15-32490 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx2530 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT COAL SERVICES LLC | ) | Case No. 15-32492 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx9485 | ) | |

8

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT LEASING COMPANY LLC | ) | Case No. 15-32495 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx9264 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT MIDWEST HOLDINGS, LLC | ) | Case No. 15-32498 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx0400 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT RESERVE HOLDINGS, LLC | ) | Case No. 15-32500 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx5596 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT VENTURES LLC | ) | Case No. 15-15-32451 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx5661 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PINE RIDGE COAL COMPANY, LLC | ) | Case No. 15-15-32453 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx7187 | ) | |

9

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REMINGTON LLC | ) | Case No. 15-15-32454 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx3721 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RHINO EASTERN | ) | Case No. 15-32456 (KLP) |
| JV HOLDING COMPANY LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx6329 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RIVERS EDGE MINING, INC. | ) | Case No. 15-15-32458 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx8371 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ROBIN LAND COMPANY, LLC | ) | Case No. 15-32459 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx0125 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SPEED MINING LLC | ) | Case No. 15-32462 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx2194 | ) | |

10

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THUNDERHILL COAL LLC | ) | Case No. 15-32463 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx9813 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WILDCAT ENERGY LLC | ) | Case No. 15-32465 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx9955 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WILDCAT, LLC | ) | Case No. 15-32466 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx3526 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WILL SCARLET PROPERTIES LLC | ) | Case No. 15-32467 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx3074 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WWMV JV HOLDING COMPANY LLC | ) | Case No. 15-32472 (KLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. xx-xxx2570 | ) | |

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of Patriot Coal Corporation and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order (this "Order"), (I) directing procedural consolidation and joint administration of their related chapter 11 cases, and (II) granting related relief, and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is

HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 15-32450 (KLP).

---

[1]      Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

KE 35970919

3.      The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT COAL CORPORATION, *et al.*, | ) | Case No. 15-32450 (KLP) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

4.      The requirements set forth in section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n) that the Debtors' caption include the name, address, and last four digits of the tax identification number of each debtor are hereby waived.

5.      A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Patriot Coal Corporation to reflect the joint administration of these chapter 11 cases:

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Eastern District of Virginia directing joint administration of the chapter 11 cases of: Patriot Coal Corporation; Apogee Coal Company, LLC; Appalachia Mine Services, LLC; Black Stallion Coal Company, LLC; Brody Mining, LLC; Catenary Coal Company, LLC; Central States Coal Reserves of KY, LLC; Colony Bay Coal Company; Corydon Resources LLC; Coyote Coal Company LLC; Dodge Hill Mining Company, LLC; Eastern Associated Coal, LLC; Eastern Royalty, LLC; Emerald Processing, L.L.C.; Gateway Eagle Coal Company, LLC; Grand Eagle Mining, LLC; Heritage Coal Company LLC; Highland Mining Company, LLC; Hillside Mining Company; Hobet Mining, LLC; Jupiter Holdings LLC; Kanawha Eagle Coal, LLC; Kanawha River Ventures III, LLC; Little Creek LLC; Midland Trail Energy LLC; Midwest Coal Resources II, LLC; Mountain View Coal Company, LLC; Panther LLC; Patriot Coal Company, L.P.; Patriot Coal Holdings I LLC; Patriot Coal Holdings II LLC; Patriot Coal Sales LLC; Patriot Coal Services LLC; Patriot Leasing

13

Company LLC; Patriot Midwest Holdings, LLC; Patriot Reserve Holdings, LLC; Patriot Ventures LLC; Pine Ridge Coal Company, LLC; Remington LLC; Rhino Eastern JV Holding Company LLC; Rivers Edge Mining, Inc. ; Robin Land Company, LLC; Speed Mining LLC; Thunderhill Coal LLC; Wildcat Energy LLC; Wildcat, LLC; Will Scarlet Properties LLC; WWMV JV Holding Company LLC.  **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 15-32450 (KLP).**

6.      The Debtors are authorized to file the monthly operating reports required by the

*Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees*,

issued by the Office of the United States Trustee for the Eastern District of Virginia, on a

consolidated basis, but the Debtors shall track and break out disbursements on a debtor-by-debtor

basis in each monthly operating report.

7.      Nothing contained in the Motion or this Order shall be deemed or construed as

directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this

Order shall be without prejudice to the rights of the Debtors to seek entry of an order

substantively consolidating their respective cases.

8.      The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum

of law in connection with the Motion is hereby waived.

9.      The Debtors are authorized to take all actions necessary to effectuate the relief

granted pursuant to this Order in accordance with the Motion.

10.      This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation of this Order.

Dated:
Richmond, Virginia

_____
UNITED STATES BANKRUPTCY JUDGE

KE 35970919

WE ASK FOR THIS:


*/s/*
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
KUTAK ROCK LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
Telephone:      (804) 644-1700
Facsimile:      (804) 783-6192

- and -


Stephen E. Hessler (*pro hac vice* pending)
Patrick Evans (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900

- and -


James H.M. Sprayregen, P.C.
Ross M. Kwasteniet (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200

*Proposed Counsel for the Debtors and
Debtors in Possession*

## CERTIFICATION OF ENDORSEMENT

## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/*