| | |
|---|---|
| Kenneth S. Ziman | Tyler P. Brown (VSB No. 28072) |
| Shana A. Elberg | Henry P. (Toby) Long, III (VSB No. 75134) |
| Nikolay Kodes | Justin F. Paget (VSB No. 77949) |
| SKADDEN, ARPS, SLATE, | HUNTON & WILLIAMS LLP |
|   MEAGHER & FLOM LLP | Riverfront Plaza, East Tower |
| 4 Times Square | 951 East Byrd Street |
| New York, New York 10036 | Richmond, VA 23219 |
| Telephone: (212) 735-3000 | Tel: (804) 788.8200 |
| Facsimile: (212) 735-2000 | Fax: (804) 788-8218 |

- and -                                         *Local Counsel to Barclays Bank PLC*

Albert L. Hogan III
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411

*Counsel to Barclays Bank PLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>PATRIOT COAL CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 15-32450 (KLP)<br><br>(Joint Administration Requested) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* PURSUANT TO
LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

THIS MATTER having come before the Court upon the Motion to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1(E)(2) (the "Motion") of Henry P. (Toby) Long, III with the law firm of Hunton & Williams LLP, for the admission *pro hac vice* of Kenneth S. Ziman, Albert L. Hogan III, Shana A. Elberg and Nikolay Kodes, the Court finds that (i) it has jurisdiction

2

over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) adequate notice of the Motion has been given and that no other or further notice is necessary; and (iv) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED.

2. Kenneth S. Ziman, Albert L. Hogan, III, Shana A. Elberg and Nikolay Kodes are permitted to appear *pro hac vice* as counsel to Barclays Bank PLC in the above-captioned chapter 11 cases and any related proceeding in accordance with Local Bankruptcy Rule 2090-1(E)(2).

May 13 2015

/s/ Keith L. Phillips
_____
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: May 14 2015

31

2

WE ASK FOR THIS:

/s/ Henry P. (Toby) Long, III
Tyler P. Brown, Esquire (VSB No. 28072)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)
HUNTON & WILLIAMS  LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
Tel:  (804) 788-8200
Fax:  (804) 788-8218

## LOCAL RULE 9022-1 CERTIFICATE OF SERVICE

I hereby certify that the foregoing proposed order has been either endorsed or served upon all necessary parties.

/s/ Henry P. (Toby) Long, III