| | |
|---|---|
| Stephen E. Hessler (*pro hac vice* pending)<br>Patrick Evans (*pro hac vice* pending)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Ross M. Kwasteniet (*pro hac vice* pending)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200 | **Michael A. Condyles (VA 27807)**<br>**Peter J. Barrett (VA 46179)**<br>**Jeremy S. Williams (VA 77469)**<br>**KUTAK ROCK LLP**<br>**Bank of America Center**<br>**1111 East Main Street, Suite 800**<br>Richmond, Virginia 23219**-3500**<br>Telephone:     (804) **644-1700**<br>Facsimile:      (804) **783-6192** |

*Proposed Counsel for the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PATRIOT COAL CORPORATION, *et al.*, | ) Case No. 15-32450 (KLP) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

**ORDER APPROVING THE FORM AND MANNER OF**
**NOTICE OF COMMENCEMENT OF THE CHAPTER 11 CASES**

Upon the motion (the "Motion")[1] of Patriot Coal Corporation and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order (this "Order") approving the Debtors' proposed form and manner of the notice of commencement of these chapter 11 cases, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and the Court having found that it has jurisdiction over this matter pursuant to

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district appears to be proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The form of the initial notice of commencement of the chapter 11 cases and the meeting of creditors pursuant to section 341 of the Bankruptcy Code, attached hereto as **Exhibit 1** (the "Initial Notice"), is approved.

3. Such Initial Notice shall be served to all known creditors by Prime Clerk LLC by first-class U.S. mail, postage prepaid, no later than three business days after the date of entry of this Order.

4. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

5. Notice of the Motion as provided therein shall be deemed good and sufficient notice.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: May 14 2015
Richmond, Virginia

/s/ Keith L. Phillips
_____
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: May 14 2015

WE ASK FOR THIS:

 /s/ Michael A. Condyles
**Michael A. Condyles (VA 27807)**
**Peter J. Barrett (VA 46179)**
**Jeremy S. Williams (VA 77469)**
**KUTAK ROCK LLP**
**Bank of America Center**
**1111 East Main Street, Suite 800**
Richmond, Virginia  23219**-3500**
Telephone:        (804) **644-1700**
Facsimile:         (804) **783-6192**

- and -

Stephen E. Hessler (*pro hac vice* pending)
Patrick Evans (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:        (212) 446-4800
Facsimile:         (212) 446-4900

- and -

James H.M. Sprayregen, P.C.
Ross M. Kwasteniet (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:        (312) 862-2000
Facsimile:         (312) 862-2200

*Proposed Counsel for the Debtors and*
*Debtors in Possession*

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL BANKRUPTCY RULE 9022-1I

Pursuant to Local Bankruptcy Rule 9022-1I, I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

    /s/  Michael A. Condyles

## EXHIBIT 1 to EXHIBIT A

**Initial Notice**

| | |
|---|---|
| Stephen E. Hessler (*pro hac vice* pending) | **Michael A. Condyles (VA 27807)** |
| Patrick Evans (*pro hac vice* pending) | **Peter J. Barrett (VA 46179)** |
| KIRKLAND & ELLIS LLP | **Jeremy S. Williams (VA 77469)** |
| 601 Lexington Avenue | **KUTAK ROCK LLP** |
| New York, New York 10022 | **Bank of America Center** |
| Telephone:    (212) 446-4800 | **1111 East Main Street, Suite 800** |
| Facsimile:    (212) 446-4900 | Richmond, Virginia 23219**-3500** |
| | Telephone:    (804) **644-1700** |
| - and - | Facsimile:    (804) **783-6192** |

James H.M. Sprayregen, P.C.
Ross M. Kwasteniet (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Proposed Counsel for the Debtors and
Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PATRIOT COAL CORPORATION, *et al.*, | ) ) | Case No. 15-32450 (KLP) |
| Debtors. | ) ) ) ) | (Joint Administration Requested) |

**NOTICE OF COMMENCEMENT OF
CHAPTER 11 CASES AND MEETING OF CREDITORS**

**Commencement of Chapter 11 Cases**.  On [DATE], 2015, Patriot Coal Corporation, and certain of its affiliates (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Court").  Each Debtor and its federal tax identification number and corresponding chapter 11 case number are listed below:

| Debtor | Case No. | EIN No. |
|---|---|---|
| Patriot Coal Corporation | 15-32450 | xx-xxx-2045 |
| Apogee Coal Company, LLC | 15-32455 | xx-xxx-865 |
| Appalachia Mine Services, LLC | 15-32460 | xx-xxx-0233 |
| Black Stallion Coal Company, LLC | 15-32469 | xx-xxx-7792 |

| **Debtor** | **Case No.** | **EIN No.** |
|---|---|---|
| Brody Mining, LLC | 15-32471 | xx-xxx-0610 |
| Catenary Coal Company, LLC | 15-32474 | xx-xxx-5836 |
| Central States Coal Reserves of Kentucky, LLC | 15-32476 | xx-xxx-0681 |
| Colony Bay Coal Company LLC | 15-32479 | xx-xxx-4613 |
| Corydon Resources LLC | 15-32480 | xx-xxx-3790 |
| Coyote Coal Company LLC | 15-32487 | xx-xxx-6141 |
| Dodge Hill Mining Company, LLC | 15-32482 | xx-xxx-8899 |
| Eastern Associated Coal, LLC | 15-32484 | xx-xxx-5516 |
| Eastern Royalty, LLC | 15-32489 | xx-xxx-8759 |
| Emerald Processing, L.L.C. | 15-32448 | xx-xxx-6524 |
| Gateway Eagle Coal Company, LLC | 15-32493 | 27-4256908 |
| Grand Eagle Mining, LLC | 15-32497 | xx-xxx-0622 |
| Heritage Coal Company LLC | 15-32499 | xx-xxx-6920 |
| Highland Mining Company, LLC | 15-32452 | xx-xxx-9675 |
| Hillside Mining Company LLC | 15-32457 | xx-xxx-5451 |
| Hobet Mining, LLC | 15-32461 | xx-xxx-6083 |
| Jupiter Holdings LLC | 15-32464 | xx-xxx-8670 |
| Kanawha Eagle Coal, LLC | 15-32449 | xx-xxx-9926 |
| Kanawha River Ventures III, LLC | 15-32468 | xx-xxx-6617 |
| Little Creek LLC | 15-32470 | xx-xxx-1764 |
| Midland Trail Energy LLC | 15-32473 | xx-xxx-9024 |
| Midwest Coal Resources II, LLC | 15-32475 | xx-xxx-0003 |
| Mountain View Coal Company, LLC | 15-32478 | xx-xxx-4206 |
| Panther LLC | 15-32481 | xx-xxx-3722 |
| Patriot Coal Company, L.P. | 15-32483 | xx-xxx-8748 |
| Patriot Coal Holdings I LLC | 15-32485 | xx-xxx-4872 |
| Patriot Coal Holdings II LLC | 15-32486 | xx-xxx-2361 |
| Patriot Coal Sales LLC | 15-32490 | xx-xxx-2530 |
| Patriot Coal Services LLC | 15-32492 | xx-xxx-9485 |
| Patriot Leasing Company LLC | 15-32495 | xx-xxx-9264 |
| Patriot Midwest Holdings, LLC | 15-32498 | xx-xxx-0400 |
| Patriot Reserve Holdings, LLC | 15-32500 | xx-xxx-5596 |
| Patriot Ventures LLC | 15-32451 | xx-xxx-5661 |
| Pine Ridge Coal Company, LLC | 15-32453 | xx-xxx-7187 |
| Remington LLC | 15-32454 | xx-xxx-3721 |
| Rhino Eastern JV Holding Company LLC | 15-32456 | xx-xxx-6329 |
| Rivers Edge Mining LLC | 15-32458 | xx-xxx-8371 |

| **Debtor** | **Case No.** | **EIN No.** |
|---|---|---|
| Robin Land Company, LLC | 15-32459 | xx-xxx-0125 |
| Speed Mining LLC | 15-32462 | xx-xxx-2194 |
| Thunderhill Coal LLC | 15-32463 | xx-xxx-9813 |
| Wildcat Energy LLC | 15-32465 | xx-xxx-9955 |
| Wildcat, LLC | 15-32466 | xx-xxx-3526 |
| Will Scarlet Properties LLC | 15-32467 | xx-xxx-3074 |
| WWMV JV Holding Company LLC | 15-32472 | xx-xxx-2570 |

**Joint Administration of Cases**. Upon a motion by the Debtors, the Court entered an order on May __, 2015 [Docket No. __] authorizing joint administration of the above-captioned cases pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules") and consolidating the cases for procedural purposes only under Case No. 15-XXXXX and directing that the joint caption of the cases read In re Patriot Coal Corporation, et al.

**Meeting of Creditors**. Pursuant to section 341 of the Bankruptcy Code, the Office of the United States Trustee for the Eastern District of Virginia (the "U.S. Trustee") has scheduled a meeting of creditors **on _____ __, 2015, at ___:___ .m. (prevailing Eastern Time),** at the office of the U.S. Trustee, 701 E. Broad Street, Suite 4300, Richmond, Virginia 23219. The Debtors' representatives will be present at the meeting to be examined under oath by the U.S. Trustee and by creditors. Creditors are welcome to attend the meeting but are not required to do so. The meeting may be continued and concluded at a later date without further notice.

**Creditors May Not Take Certain Actions**. The filing of the bankruptcy petition automatically stays certain collection and other actions against the Debtors and the Debtors' property. Prohibited actions are listed in section 362(a) of the Bankruptcy Code. For example, creditors are prohibited from: (a) contacting the Debtors to demand repayment; (b) taking action against the Debtors to collect money owed to creditors; (c) starting or continuing lawsuits against the Debtors; and (d) taking certain actions against property of the Debtors' estates. *See* 11 U.S.C. § 362(a). If unauthorized actions are taken by a creditor against the Debtors, the Court may penalize that creditor. A creditor who is considering taking action against the Debtors or their property should review, among other things, section 362(a) of the Bankruptcy Code and seek legal advice.

**Notice of Bar Dates for Proofs of Claim**. The notice of the bar dates (the "Bar Date Notice") will be mailed separately. The Bar Date Notice will contain information regarding the bar dates, a proof of claim form and instructions for completing and filing a proof of claim form.

**Order Limiting Notice**. On **May __, 2015**, the Court entered the *Order Establishing Certain Notice, Case Management, and Administrative Procedures* [Docket No. __] (the "Case Management Order"). The Case Management Order provides, among other things, that, except as set forth in the procedures approved by the Case Management Order, notice of proceedings in the chapter 11 cases need only be sent via electronic mail to the parties on the established service list. Any party in interest that desires to receive electronic mail notice in the chapter 11 cases and, consequently, be added to the service list, shall file with the Court a notice of appearance and request for service and shall serve such request on Kirkland & Ellis LLP, 601 Lexington Avenue,

New York, New York 10022, Attn:  Stephen E. Hessler, and Patrick Evans; and **(ii) Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, Virginia 23219, Attn: Michael A. Condyles**.  All creditors will receive notice of certain proceedings, including, but not limited to, bar dates (unless applicable to a limited population of creditors), the time fixed for filing objections and any hearing to consider a disclosure statement and/or confirmation of a chapter 11 plan and dismissal or conversion of the chapter 11 cases to another chapter of the Bankruptcy Code.  A copy of the procedures approved by the Case Management Order is available from the sources described below.

**How to Obtain Documents**.  Electronic copies of all pleadings or other documents filed in the chapter 11 cases may be obtained for a fee via PACER on the Court's website at www.vaeb.uscourts.gov.  Additionally, free electronic copies of all pleadings and certain other documents filed in the chapter 11 cases will be posted on a website maintained by Prime Clerk which is available at http:// cases.primeclerk.com/patriotcoal as soon as practicable after filing.

**Court Filings**.  The chapter 11 cases have been designated as a case assigned to the electronic case filing system and can be accessed via the Court's web site at www.vaeb.uscourts.gov or ecf.vaeb.uscourts.gov.  For details, see the enclosed Notice of Electronic Filing Procedure.

**Discharge of Debts and Deadline to File a Complaint to Determine Dischargeability of Certain Debts**.  Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt.  *See* Bankruptcy Code § 1141(d).  A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.  If you believe that a debt owed to you is not dischargeable under § 1141(d)(6)(A) of the Bankruptcy Code, you must start a lawsuit by filing a complaint in the Court by _____, 2015.  The Court Clerk's Office must receive the complaint and any required filing fee by such deadline.

**Local Rule Dismissal Warning**.  Chapter 11 cases may be dismissed for failure to timely file lists, schedules, and statements or attend the meeting of creditors.  *See* Local Bankruptcy Rule 1007-1 and 2003-1.

**Legal Advice**.  **Neither the Debtors' counsel nor the Court Clerk's Office can give you legal advice.  You may wish to consult an attorney to protect your rights.**

Dated:  May __, 2015                                  Clerk of the U.S. Bankruptcy Court
                                                      701 East Broad Street, Suite 4000
                                                      Richmond, Virginia 23219

KE 36171833