Dion W. Hayes (VSB No. 34304)
Sarah B. Boehm (VSB No. 45201)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 698-2255

-and-

Thomas M. Mayer
Gregory G. Plotko
Stephen M. Blank
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9169
Facsimile: (212) 715-8000

*Counsel to Debtor in Possession Facility Lenders*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| PATRIOT COAL CORPORATION, *et al.*, | ) |
| | ) Case No. 15-32450 (KLP) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) |

**STATEMENT OF KRAMER LEVIN NAFTALIS & FRANKEL LLP**
**AND McGUIREWOODS LLP PURSUANT**
**TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, the lenders under the debtor in possession financing facility ("DIP Facility") in the above-captioned bankruptcy cases for Patriot Coal Corporation and certain of its subsidiaries (collectively, "Patriot") hereby submit this verified statement (the "Verified Statement") and respectfully represent as follows:

1. As of the date of this Verified Statement, in these chapter 11 cases, Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") and McGuireWoods LLP ("McGuireWoods" and, together with Kramer Levin, "Counsel") are counsel to Patriot's DIP Facility lenders, which are comprised of certain funds and/or accounts managed or advised by Knighthead Capital Management, LLC, certain funds and/or accounts managed or advised by Caspian Capital LP, Midtown Acquisitions L.P., and Hudson Bay Absolute Return Credit Opportunities Master Fund Ltd (each a "Member" and collectively, the "Client Group").

2. The Client Group holds, or are the investment advisors and/or managers of accounts that hold, all of Patriot's DIP Facility. The Client Group, in the aggregate, also holds, or are the investment advisors, affiliates and/or managers of accounts that hold, directly or indirectly through a Member's respective funds and/or affiliates, a majority of Patriot's outstanding $247 million senior secured term loan facility (the "Term Loan") and approximately 75% of Patriot's $306 million 15% second lien PIK toggle notes due December 15, 2023 (the "Second Lien Notes").

3. In accordance with Bankruptcy Rule 2019, the name and address of each Member of the Client Group, and the nature and amount of all disclosable economic interests held by each Member of the Client Group in relation to the Debtors are set forth in Exhibit A. The information contained in Exhibit A is based upon information provided by each Member of the Client Group to Counsel and is subject to change and supplementation.

4. Nothing in this Verified Statement, including Exhibit A hereto, should be construed as a limitation upon, or waiver of, any Member's right to assert, file and/or amend this Verified Statement in accordance with applicable law and any orders entered in these cases.

5. Counsel reserves the right to amend or supplement this Verified Statement.

6. The undersigned verify that the foregoing is true and correct to the best of their knowledge based on information provided by the Members.

Dated: June 1, 2015

McGUIREWOODS LLP

*/s/ Dion W. Hayes*
Dion W. Hayes (VSB No. 34304)
Sarah B. Boehm (VSB No. 45201)
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 698-2255


KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas M. Mayer (admitted *pro hac vice*)
Gregory G. Plotko (admitted *pro hac vice*)
Stephen M. Blank (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9169
Facsimile: (212) 715-8000

*Counsel to Debtor in Possession Facility Lenders*

**Exhibit A**

| Name | Address | Nature and Amount of Disclosable Economic Interest |
|---|---|---|
| Knighthead Capital Management, LLC, solely on behalf of certain funds and accounts managed and/or advised by it, | 1140 Avenue of the Americas, 12th Floor, New York, NY 10036 | DIP Facility: $45,000,000<br>Term Loan: $24,687,500<br>Second Lien Notes: $130,827,725<br>Warrants: 4,209,305 |
| Davidson Kempner Capital Management LP, on behalf of funds and accounts managed by it (including Midtown Acquisitions L.P.) | 520 Madison Avenue, 30th Floor New York, NY 10022 | DIP Facility: $17,500,000<br>Term Loan: $44,437,500<br>Second Lien Notes: $77,355,257<br>Warrants: 2,381,393 |
| Caspian Capital LP, on behalf of funds and accounts managed by it | 767 5th Ave New York, NY 10153 | DIP Facility: $17,500,000<br>Term Loan: $50,145,622<br>Second Lien Notes: $22,962,690<br>Warrants: 586,842<br>Common Stock: $32,590 (aggregate positions) |
| Hudson Bay Absolute Return Credit Opportunities Master Fund Ltd | 777 Third Avenue, 30th Floor New York, NY 10017 | DIP Facility: $20,000,000<br>Term Loan: $12,862,500 |