UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PATRIOT COAL CORPORATION, et al.,[1] | Case No. 15-32450 (KLP) |
| Debtor | Jointly Administered |

**NATURAL RESOURCE PARTNERS L.P., WPP LLC, AND ACIN LLP'S
OBJECTION TO DEBTORS' MOTION FOR ENTRY OF ORDER (I) APPROVING
THE DISCLOSURE STATEMENT; (II) APPROVING SOLICITATION AND
NOTICE MATERIALS; (III) APPROVING FORMS OF BALLOTS; (IV) ESTABLISHING
SOLICITATION AND VOTING PROCEDURES; (V) ESTABLISHING PROCEDURES
FOR ALLOWING AND ESTIMATING CERTAIN CLAIMS FOR VOTING PURPOSES;
(VI) SCHEDULING A CONFIRMATION HEARING AND (VII) ESTABLISHING
NOTICE AND OBJECTION PROCEDURES AND OBJECTION TO THE DEBTORS'
DISCLOSURE STATEMENT FOR DEBTORS JOINT PLAN OF REORGANIZATION
PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

Natural Resource Partners L.P., WPP LLC, and ACIN LLP (collectively, the "Lessors"), by and through their undersigned counsel, hereby submit their objection to the above-captioned

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Emerald Processing, L.L.C. (6524); Kanawha Eagle Coal, LLC (9926 Patriot Coal Corporation (2045); Apogee Coal Company, LLC (2865); Appalachia Mine Services, LLC (0233); Black Stallion Coal Company, LLC (7792); Brody Mining, LLC (0610); Catenary Coal Company, LLC (5836); Central States Coal Reserves of Kentucky, LLC (0681); Colony Bay Coal Company LLC (4613); Cory don Resources LLC (3790); Coyote Coal Company LLC (6141); Dodge Hill Mining Company, LLC (8899); Eastern Associated Coal, LLC (5516); Eastern Royalty, LLC (8759); Gateway Eagle Coal Company, LLC (6908); Grand Eagle Mining, LLC (0622); Heritage Coal Company LLC (6920); Highland Mining Company, LLC (9675); Hillside Mining Company LLC (5451); Hobet Mining, LLC (6083); Jupiter Holdings LLC (8670); Kanawha River Ventures III, LLC (6617); Little Creek LLC (1764); Midland Trail Energy LLC (9024); Midwest Coal Resources II, LLC (0003); Mountain View Coal Company, LLC (4206); Panther LLC (3722); Patriot Coal Company, L.P. (8748); Patriot Coal Holdings I LLC (4872); Patriot Coal Holdings II LLC (2361); Patriot Coal Sales LLC (2530); Patriot Coal Services LLC (9485); Patriot Leasing Company LLC (9264); Patriot Midwest Holdings, LLC (0400); Patriot Reserve Holdings, LLC (5596); Patriot Ventures LLC (5661); Pine Ridge Coal Company, LLC (7187); Remington LLC (3721); Rhino Eastern JV Holding Company LLC (6329); Rivers Edge Mining LLC (8371); Robin Land Company, LLC (0125); Speed Mining LLC (2194); Thunderhill Coal LLC (9813); Wildcat Energy LLC (9955); Wildcat, LLC (3526); Will Scarlet Properties LLC (3074); and WWMV JV Holding Company LLC (2570).

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-6112

Counsel for Natural Resource Partners L.P., WPP LLC,
and ACIN LLC

Debtors' (the "Debtors") Motion for Entry of Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Notice Materials; (III) Approving Forms of Ballots; (IV) Establishing Solicitation and Voting Procedures; (V) Establishing Procedures for Allowing and Estimating Certain Claims for Voting Purposes; (VI) Scheduling a Confirmation Hearing and (VII) Establishing Notice and Objection Procedures (docket item 497) (the "Motion") along with their objection to the adequacy of the Debtors' Disclosure Statement for the Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (docket item 498) (the "Disclosure Statement").

In support of the Lessors' objections to the Motion and the Disclosure Statement (the "Objection"),[2] the Lessors respectfully state the following:

## PRELIMINARY STATEMENT

1.    The Motion should be denied and the Disclosure Statement should be found to contain inadequate disclosure pursuant to 11 U.S.C. § 1125 for its failure to provide "adequate information" to the Debtors' creditors and other parties in interest. As a preliminary matter, while the Disclosure Statement and its exhibits identify the Debtors' numerous environmental liabilities and active litigation, the Disclosure Statement lacks the requisite specificity in its description of the disposition of such liabilities. Similarly, through error or omission, the exhibits to the Disclosure Statement provide an incomplete picture of which assets are to be assumed and which are to remain with the Debtors after the sale to Blackhawk Mining LLC (the "Blackhawk Transaction"). Finally, the Disclosure Statement does not make clear the source of funds for the Debtors' (a) cure obligations, which will be triggered by the Blackhawk Transaction; (b) administrative obligations, which the Disclosure Statement seems to indicate

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

will be funded shortly after the effective date of a plan; or (c) the environmental obligations that are not a part of the Blackhawk transaction.

## BACKGROUND

2.  On May 12, 2015 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.  The Debtors continue to operate their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.  The Lessors have a number of separate leases with the Debtors (the "Leases").

5.  On June 23, 2015, the Debtors filed the Asset Purchase Agreement between the Debtors and Blackhawk Mining, LLC (docket item 385) (the "APA").

6.  On July 13, 2015, the Debtors filed the Motion and the Disclosure Statement.

7.  On July 29, 2015, the Debtors filed the schedules to the APA (docket item 694) (the "Schedules").

## OBJECTION AND MEMORANDUM IN SUPPORT

8.  The Debtors' Motion should be denied and the Disclosure Statement should not be approved as it fails to provide adequate information as is required by 11 U.S.C. § 1125.

9.  Section 1125(a) of the Bankruptcy Code states the following:

> (1) "adequate information" means information of a kind, and in sufficient detail, as far as is reasonably practicable in light of the nature and history of the debtor and the condition of the debtor's books and records, including a discussion of the potential material Federal tax consequences of the plan to the debtor, any successor to the debtor, and a hypothetical investor typical of the holders of claims or interests in the case, that would enable such a hypothetical investor of the relevant class to make an informed judgment about the plan, but adequate information need not include such information about any other possible or proposed plan and in determining whether a disclosure statement provides adequate information, the court shall consider the complexity of the case, the benefit of additional information to creditors and other parties in interest, and the cost of providing additional information . . .

3

*See id.*

### A.   Environmental Liabilities and Indemnification Obligations

10. While the Disclosure Statement and its exhibits clearly identify the Debtors' numerous environmental liabilities and the active litigation, which may lead to future environmental liabilities, the Disclosure Statement does not provide the requisite guidance as to the proposed treatment of those obligations.

11. For example, the Lessors are being indemnified by the Debtors in certain litigation included in schedule 3.13(a) of the Schedules to the APA. From what the Lessors can tell, the lease which gives rise to the indemnification obligation is being assumed in Blackhawk Transaction. *See* Schedule 3.06(a)(I), the Assumed Leases. However, the Lessors have been unable to determine from the terms of the Disclosure Statement, the APA, or its Schedules whether this transaction seeks to strip the lease of its indemnification obligations. While such a bifurcation of the benefits and burdens of a lease is impermissible, the Disclosure Statement and its exhibits do not make plain the intended treatment of the indemnification obligations under the assumed leases in the Blackhawk Transaction. If the Debtors assume executory contracts such as the Lessors' leases, the Debtors must assume all of the related parcels, permits, and obligations. *See Shangra-La, Inc. v. Three Sisters Partners, L.L.C.*, 176 F.3d 843, 849 (4th Cir. 1999) (citing *Adventure Resources, Inc. v. Holland*, 137 F.3d 786, 798 (4th Cir.), *cert. denied*, 117 S. Ct. 404 (1998)) ("When the Debtor assumes its unexpired lease . . . it assumes it *cum onere*—the debtor must accept the obligations of the executory contract along with the benefits.").

12. For these reasons, the Motion should be denied and the Disclosure Statement should be found inadequate.

### B.      Assumed Leases and Transferred Permits

13.     In its description of the assumed leases, the Disclosure Statement and its exhibits provide insufficient information by which the Lessors can satisfactorily identify their assets. *See* Schedule 3.06(a)(I). While the Lessors believe that they have successfully identified the leases that may be subject to assumption and assignment to Blackhawk, schedule 2.01(g) of the Schedules, the schedule of Transferred Permits, draws the Lessors' conclusions into question. While the Debtors have included certain leases in its Assumed Leases schedule, not all of the permits related to those properties are included in the Transferred Permits schedule.

14.     It is unclear how the Debtors can assume leases, but leave behind some or all of the permits required to operate on the leased properties. *See Shangra-La, Inc. v. Three Sisters Partners, L.L.C.*, 176 F.3d at 849; *Adventure Resources, Inc. v. Holland*, 137 F.3d at 798 (4th Cir.), *cert. denied*, 117 S. Ct. 404 (1998)). As the Debtors have provided no explanation for the inconsistency between the Assumed Leases schedule and the Transferred Permits schedule, adequate information has not been provided. If the Debtors seek to assume only portions of a lease, this goal should be made plain, not buried in inconsistencies between different Schedules to the APA.

### C.      Source of Funds Post-Closing of the Blackhawk Transaction

15.     The Disclosure Statement does not make clear the source of funds for (a) cure payments, which must be paid upon the closing of the Blackhawk Transaction; (b) the administrative claims being incurred by the Debtors' estates, which the Disclosure Statement seems to indicate will be funded shortly after the effective date of the plan; or (c) the of environmental obligations that are not going to be assumed in the Blackhawk Transaction, many of which are significant and ongoing.

16.    Specifically, the Disclosure Statement states the following:

D. Implementation of the Plan
1. Sources of Consideration for Plan Distributions
The Confirmation Order shall be deemed to authorize, among other things, the Restructuring Transactions. All amounts and securities necessary for the Debtors (on the Effective Date), the Combined Company, or Liquidating Trust (after the Effective Date), as applicable, to make payments or distributions pursuant to this Plan shall be obtained from, among other things, the liabilities assumed, consideration paid by Blackhawk, and Cash raised or held by the Debtors.

Disclosure Statement, p. 57.

17.    The Disclosure Statement also provides as a condition to closing the Blackhawk Transaction of "the Combined Company receiving at least $50 million of cash from the proceeds of the Rights Offerings, subject to decreases with respect to a DIP/LC Improvement . . ." *Id.* at p.40. However, the Disclosure Statement does not make clear the amount of the DIP/LC Improvement.[3]

---

[3] As described in Article IV.B.5 above, the amount of Cash to be raised by the Rights Offerings may be reduced by the occurrence of a DIP/LC Improvement as follows: (i) with respect to a DIP/LC Improvement of $27 million or less, an amount equal to all or any portion of such DIP/LC Improvement may be allocated as term loans issued as part of the First Lien Term Loan at Blackhawk's election to fund working capital post-Closing, or Blackhawk may elect that any remaining portion of such DIP/LC Improvement be allocated to reduce the amount of the First Lien Term Loan, the First Lien L/C Facility and/or (if the New ABL is entered into replace or refinance amounts under the Existing Patriot ABL Drawn LCs or Existing Patriot ABL Undrawn LCs) the New ABL, as applicable, in each case at or following Closing; (ii) with respect to a DIP/LC Improvement greater than $27 million and up to $46 million, $27 million of such DIP/LC Improvement shall be allocated pursuant to clause (i) above, and an amount equal to the remainder of such DIP/LC Improvement shall be allocated to reduce the amount of cash to be raised in the Patriot First Lien Rights Offering on a dollar for dollar basis; (iii) with respect to a DIP/LC Improvement of greater than $46 million and up to $77 million, $46 million of such DIP/LC Improvement shall be allocated pursuant to clause (ii) above, and an amount equal to the remainder of such DIP/LC Improvement shall be allocated to reduce the amount of cash to be raised in the Patriot Second Lien Rights Offering on a dollar for dollar basis to as low as zero; and (D) with respect to a DIP/LC Improvement of greater than $77 million, $77 million of such DIP/LC Improvement shall be allocated pursuant to clause (iii) above, and an amount equal to the remainder of such DIP/LC Improvement shall be allocated to reduce the amount of the First Lien Term Loan, the First Lien L/C Facility and/or (if the New ABL is entered into replace or refinance amounts under the Existing Patriot ABL Drawn LCs or Existing Patriot ABL Undrawn LCs) the New ABL, as applicable.

*Id.* at p. 93.

18. Without more on this subject, it is unclear whether the Debtors will be able to fund its cure, administrative, or environmental obligations that will remain with the Debtors pursuant to a plan. The lack of clarity on this subject cannot be adequate information as contemplated by 11 U.S.C. § 1125.

19. The Lessors reserve the right to join in the objections to the Motion filed by other similarly situated, interested parties.

20. Nothing in this Objection is intended to be, or should be construed as, a waiver by the Lessors of their rights under their leases with the Debtors, the Bankruptcy Code, or applicable law. The Lessors expressly reserve all such rights, including, but not limited to the right to (a) object to confirmation of any plan of reorganization filed by the Debtors or other parties; (b) object to any cure amount; (c) assert any nonmonetary defaults under the Leases.

Dated: August 10, 2015                    **CHRISTIAN & BARTON, LLP**

By:    /s/ Jennifer M. McLemore
       Augustus C. Epps, Jr., Esquire (VSB No. 13254)
       Michael D. Mueller, Esquire (VSB No. 38216)
       Jennifer M. McLemore, Esquire (VSB No. 47164)
       CHRISTIAN & BARTON, LLP
       909 East Main Street, Suite 1200
       Richmond, Virginia 23219-3095
       Telephone: (804) 697-4100
       Facsimile: (804) 697-6112

       Counsel for Natural Resource Partners L.P.,
       WPP LLC, and ACIN LLP

## CERTIFICATE OF SERVICE

  I hereby certify that on the 10th day of August, 2015, a copy of the forgoing pleading was served via electronic delivery and/or first class mail, postage prepaid on the parties required by Court's Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief (Docket No. 79) as indicated on Schedule A (attached to the pleading filed with the Court).

              /s/ Jennifer M. McLemore
              Jennifer M. McLemore

1800304

# EXHIBIT A

In re Patriot Coal Corporation
Core/2002 Service List
Case No. 15-32450 (KLP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Debtors | Patriot Coal Corporation | Attn: General Counsel | 63 Corporate Centre Drive | | Scott Depot | WV | 25560 | | | | jbean@patriotcoal.com |
| Counsel to Debtors | Kirkland & Ellis LLP | Attn: James H. M. Sprayregen, P.C. & Ross M. Kwasteniet | 300 North LaSalle | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | james.sprayregen@kirkland.com; ross.kwasteniet@kirkland.com |
| Counsel to Debtors | Kirkland & Ellis LLP | Attn: Stephen E. Hessler & Patrick Evans | 601 Lexington Avenue | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | stephen.hessler@kirkland.com; patrick.evans@kirkland.com |
| Counsel to Debtors | Kutak Rock LLP | Attn: Michael A. Condyles, Jeremy S. Williams | Bank of America Center | 1111 East Main Street, Suite 800 | Richmond | VA | 23219 | | 804-644-1700 | 804-783-6192 | michael.condyles@kutakrock.com; jeremy.williams@kutakrock.com |
| Claims Agent | Prime Clerk LLC | Attn: Ben Steele | 830 3rd Ave Fl. 9 | | New York | NY | 10022 | | 212-257-5450 | 212-257-5452 | bsteele@primeclerk.com |
| Counsel to Wilmington Trust in its capacity as Collateral Agent for the LC/Term Loans | Alston & Bird LLP | Attn: David A. Wender | 1201 West Peachtree Street | One Atlantic Center | Atlanta | GA | 30309-3424 | | 404-881-7354 | 404-253-8563 | david.wender@alston.com |
| Counsel for Vossloh Track Material Inc. | Archer & Greiner, PC | Attn: Jerrold S. Kulback, Esquire | One Centennial Square | | Haddonfield | NJ | 08033-0968 | | 856-795-2121 | 856-795-0574 | jkulback@archerlaw.com |
| Counsel for Peabody Energy Corporation | Armstrong Teasdale LLP | Attn: Steven N. Cousins & Susan K. Ehlers | 7700 Forsyth Blvd. | Suite 1800 | St. Louis | MO | 63105 | | 314-621-5070 | 314-612-2239; 314-612-2318 | scousins@armstrongteasdale.com; sehlers@armstrongteasdale.com |
| Counsel for State of Michigan, Department of Treasury LC Administrative Agent | Attorney General's Office | Attn: Bill Schuette & Katherine Kakish | Cadillac Place, Ste. 10-200 | 3030 W. Grand Blvd. 27th Floor | Detroit | MI | 48202 | | 313-456-0140 | | kakishk@michigan.gov |
| Counsel for D-A Lubricant Company, Inc. | Barclays Bank PLC | Attn: Christopher R. Lee | 745 Seventh Avenue | | New York | NY | 10019 | | | | |
| Counsel for D-A Lubricant Company, Inc. | Barnes & Thornburg LLP | Attn: Christine Hoeft McCarthy | 1717 Pennsylvania Avenue, N.W. | Suite 500 | Washington | DC | 20006-4623 | | 202-289-1313 | 202-289-1330 | cmccarthy@btlaw.com |
| Counsel for Fifth Third Bank | Bernstein-Burkley, P.C. | Attn: Daniel R. Schimizzi & Kirk B. Burkley | 707 Grant Street | Suite 2200 Gulf Tower | Pittsburgh | PA | 15219-1900 | | 412-456-8108 | 412-456-8135 | dschimizzi@bernsteinlaw.com; kburkley@bernsteinlaw.com |
| Counsel for Fifth Third Bank | Bernstein-Burkley, PC | Attn: Arch W. Riley, Jr. | 48 14th Street | Suite 301 | Wheeling | WV | 26003 | | 304-215-1177 | 412-456-8135 | ariley@bernsteinlaw.com; astrehle@brownrudnick.com |
| Counsel for Cortland Capital Market Services LLC | Brown Rudnick LLP | Attn: Jeffrey L. Jonas, Andrew P. Strehle, Jonathan D. Marshall | One Financial Center | | Boston | MA | 02111 | | 617-856-8200 | 617-856-8201 | jjonas@brownrudnick.com; jmarshall@brownrudnick.com |
| Counsel to Term Administrative Agent | Brown Rudnick LLP | Attn: Jeffrey L. Jonas, Esq. | One Financial Center | | Boston | MA | 02111 | | 617-856-8577 | 617-289-0434 | jjonas@brownrudnick.com |
| Counsel for Oracle America, Inc. | Buchalter Nemer, A Professional Company | Attn: Shawn M. Christianson, Esq. | 55 Second Street | 17th Floor | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com |
| Counsel for Cole & Crane Real Estate Trust, Little Coal Land Company & Kay Ford James Heirs | Campbell Woods, PLLC | Attn: J. Grant McGuire, Esq. | 1002 Third Avenue | P.O. Box 1835 | Huntington | WV | 25719-1835 | | 304-529-2391 | 304-529-1832 | gmcguire@campbellwoods.com |
| Counsel for Rogers Petroleum Services, Inc.; Shonk Land Company, LLC | Christian & Barton, LLP | Attn: Augustus C. Epps, Jr., Esquire & Jennifer M. McLemore, Esquire | 909 East Main Street | Suite 1200 | Richmond | VA | 23219-3095 | | 804-697-4104 | 804-697-6104 | aepps@cblaw.com; jmclemore@cblaw.com |
| Counsel for Kentucky Utilities Company | Christian & Barton, LLP | Attn: Augustus C. Epps, Jr., Esquire & Jennifer M. McLemore, Esquire | 909 East Main Street | Suite 1200 | Richmond | VA | 23219-3095 | | 804-697-4104 | 804-697-6104 | aepps@cblaw.com; jmclemore@cblaw.com |
| Counsel for NRP (Operating) LLC | Christian & Barton, LLP | Attn: Michael D. Mueller, Esquire & Jennifer M. McLemore, Esquire | 909 East Main Street | Suite 1200 | Richmond | VA | 23219-3095 | | 804-697-4100 | 804-697-6112 | mmueller@cblaw.com; jmclemore@cblaw.com |
| Counsel for Rogers Petroleum Services, Inc. | Combs & Combs, PSC | Attn: Donald H. Combs, Esquire | 203 Main Street | | Pikeville | KY | 41502-0031 | | 606-437-6226 | 606-432-4414 | dcombs@combslaw.com |
| Term Administrative Agent | Corland Capital Market Services LLC | Attn: Ryan Morick and Legal Department | 225 West Washington Street | 21st Floor | Chicago | IL | 60606 | | | 312-376-0751 | ryan.morick@cortlandglobal.com; legal@cortlandglobal.com |
| Counsel for UMWA Health & Retirement Funds | Crowley, Liberatore, Ryan & Brogan, P.C. | Attn: Karen M. Crowley & Ann B. Brogan | 150 Boush Street | Suite 300 | Norfolk | VA | 23510 | | 757-333-4500 | 757-333-4501 | kcrowley@clrbfirm.com |
| Counsel for Bond Safeguard Insurance Co. and Lexcon Insurance Co. | Dabney, PLLC | Attn: H. Slayton Dabney, Jr. | 303 Grande Court | | Richmond | VA | 23229 | | 646-549-1181 | | sdabney@dabneypllc.com |
| Counsel for the Commonwealth of Pennsylvania | Department of Environmental Protection | Attn: Barbara J. Grabowski, Assistant Counsel | Office of Chief Counsel | 400 Waterfront Drive | Pittsburgh | PA | 15222-2745 | | 412-442-4262 | 412-442-4275 | bgrabowski@pa.gov |
| Prepetition ABL Agent | Deutsche Bank AG New York Branch | Attn: Marcus M. Tarkington | 60 Wall Street (NYC60 - 0266) | | New York | NY | 10005-2836 | | 212-250-6153 | 212-553-3080 | marcus.tarkington@db.com |
| Counsel for U.S. Bank National Association, as trustee | Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel, Esq. & Alessandra Glorioso, Esq. | 51 W. 52nd Street | | New York | NY | 10019 | | 212-415-9200 | 212-953-7201 | schnabel.eric@dorsey.com; glorioso.alessandra@dorsey.com; heim.steven@dorsey.com |
| Counsel for U.S. Bank National Association, as trustee | Dorsey & Whitney LLP | Attn: Steven J. Heim, Esq. & Darryn C. Beckstrom, Esq. | 50 South Sixth Street | Suite 1500 | Minneapolis | MN | 55402-1498 | | 612-340-8792 | 612-340-2643 | beckstrom.darryn@dorsey.com |
| Environmental Protection Agency | Environmental Protection Agency | Region 3 (DC, DE, MD, PA, VA, WV) | 1650 Arch Street | | Philadelphia | PA | 19103-2029 | | 215-814-5000 | 215-814-5103 | r3public@epa.gov |
| Counsel for WC Hydraulics, LLC | Gentry Locke | Attn: Kevin W. Holt | 900 SunTrust Plaza | P.O. Box 40013 | Roanoke | VA | 24022-0013 | | 540-983-9300 | 540-983-9400 | holt@gentrylocke.com |
| Counsel for Macquarie Corporate and Asset Funding, Inc. | Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin, Esq. & Ligee Gu, Esq. | 40 Wall Street | 37th Floor | New York | NY | 10005 | | 212-765-9100 | 212-765-0964 | ahalperin@halperinlaw.net; lgu@halperinlaw.net |
| Counsel for Bond Safeguard Insurance Co. and Lexcon Insurance Co. | Harris Beach PLLC | Attn: Kelly C. Griffith, Esq. & Lee E. Woodard, Esq. | 333 West Washington Street | Suite 200 | Syracuse | NY | 13202 | | 315-423-7100 | 315-422-9331 | kgriffith@harrisbeach.com; bkemall@harrisbeach.com |
| Counsel for CSX Transportation, Inc.; Fifth Third Bank | Hirschler Fleischer, PC | Attn: Robert S. Westerman, Esq. & Rachel A. Greenleaf, Esq. | The Edgeworth Building, 2100 East Cary Street | P.O. Box 500 | Richmond | VA | 23218-0500 | | 804-771-9500 | 804-644-0957 | rwestermann@hf-law.com; rgreenleaf@hf-law.com |
| Counsel for Shonk Land Company, LLC | Hoyer, Hoyer & Smith, PLLC | Attn: Christopher S. Smith, Esquire | 22 Capitol Street | | Charleston | WV | 25301 | | 304-344-9821 | 304-344-9519 | chris@hhsmlaw.com; tpbrown@hunton.com |
| Counsel for Deutsche Bank & Barclays Bank PLC | Hunton & Williams LLP | Attn: Tyler P. Brown, Henry (Toby) P. Long III & Justin F. Paget | Riverfront Plaza, East Tower | 951 E. Byrd Street | Richmond | VA | 23219 | | 804-788-8200 | 804-343-4600 | hlong@hunton.com; jpaget@hunton.com |

In re Patriot Coal Corporation
Core/2002 Service List
Case No. 15-32450 (KLP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| Internal Revenue Service | Internal Revenue Service | Attn: Suzanne Walker | 400 N. 8th Street | Box 76 | Richmond | VA | 23219 | | 804-916-8065 | 855-652-9056 | Suzanne.Walker@irs.gov |
| Counsel for United Leasing, Inc. | Jones Wallace, LLC | Attn: Paul J. Wallace | 420 Main Street, Suite 1600 | P.O. Box 1065 | Evansville | IN | 47706 | | 812-402-1600 | 812-402-7977 | pwallace@joneswallace.com |
| Counsel for the United Mine Workers of America | Kaplan Voekler Cunningham & Frank PLC | Attn: Troy Savenko, Esq. | 1401 East Cary Street | | Richmond | VA | 23219 | | 804-823-4000 | 804-823-4099 | tsavenko@kv-legal.com |
| Counsel to Prepetition Notes Group | Kramer Levin Naftalis & Frankel LLP | Attn: Thomas M. Mayer & Gregory G. Plotko | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9169 | 212-715-8169 | tmayer@kramerlevin.com; gplotko@kramerlevin.com |
| Counsel for the Proposed Debtor in Possession Facility Lenders | Kramer Levin Naftalis & Frankel LLP Lamp Bartram Levy Trautwein & Perry, PLLC | Attn: Thomas M. Mayer, Gregory G. Plotko, Stephen M. Blank | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com; gplotko@kramerlevin.com; sblank@kramerlevin.com; achouproute@kramerlevin.com |
| Counsel for State Electric Supply Company | | Attn: Steven R Bartram, Esquire | 720 Fourth Avenue | | Huntington | WV | 25701 | | 304-523-5400 | 304-523-5409 | Sbartram@lbltlaw.com |
| Counsel for Blackhawk Mining LLC | Latham & Watkins LLP | Attn: Mitchell A. Seider & David A. Hammerman | 885 Third Avenue | | New York | NY | 10022-4834 | | 212-906-1200 | 212-751-4867 | mitchell.seider@lw.com; david.hammerman@lw.com |
| Counsel for Kinder Morgan Resources LLC | Law Office of Patricia Williams Prewitt | Attn: Patricia Williams Prewitt | 10953 Vista Lake Court | | Navasota | TX | 77868 | | 936-825-8705 | 713-583-2833 | pwp@pattiprewittlaw.com |
| Counsel for Quality Magnetite, LLC | Law Office of Robert F. Moorman, PLC | Attn: Robert F. Moorman, Esq. | 1700 Bayberry Court | Suite 103-A | Richmond | VA | 23226 | | 804-938-5144 | 804-441-8201 | rmoorman@moormanlaw.com christopher.perkins@leclairryan.com |
| Counsel for Peabody Energy Corporation | LeClairRyan, A Professional Corporation | Attn: Christopher L. Perkins, Bruce H. Matson & Dan Moss | Riverfront Plaza, East Tower | 951 East Byrd Street | Richmond | VA | 23219 | | 804-783-7550; 804-343-4090 | 804-783-7686; 804-783-7629 | bruce.matson@leclairryan.com; dtmoss@jonesday.com |
| Counsel for Caterpillar Financial Services Corporation | LeClairRyan, A Professional Corporation | Attn: Vernon E. Inge, Jr. & Corey S. Booker | Riverfront Plaza, East Tower, 8th Floor | 951 East Byrd Street, P.O. Box 2499 | Richmond | VA | 23218-2499 | | 804-343-4095; 804-915-4137 | 804-783-7632; 804-916-7230 | vernon.inge@leclairryan.com; corey.booker@leclairryan.com |
| Counsel for the United Mine Workers of America | Lowenstein Sandler LLP | Attn: Sharon Levine, Esq.; Phillip J. Gross, Esq. | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2375 | slevine@lowenstein.com pgross@lowenstein.com |
| Counsel for The Federal Insurance Company | Manier & Herod | Attn: Scott C. Williams, Esq. & Michael E. Collins, Esq. | 150 4th Avenue North | Suite 2200 | Nashville | TN | 37219 | | 615-742-9370; 615-742-9350 | 615-242-4203 | swilliams@manierherod.com mcollins@manierherod.com |
| Counsel for the Proposed Debtor in Possession Facility Lenders | McGuireWoods LLP | Attn: Dion W. Hayes, Sarah B. Boehm | One James Center | 901 East Cary Street | Richmond | VA | 23219 | | 804-775-1000 | 804-698-2255 | dhayes@mcguirewoods.com sboehm@mcguirewoods.com |
| Counsel for UMWA Health & Retirement Funds | Mooney, Green, Saindon, Murphy & Welch, PC | Attn: Paul A. Green, John R. Mooney, & Richard C. Welch | 1920 L Street N.W. | Suite 400 | Washington | DC | 20036 | | 202-783-0010 | 202-783-6088 | pgreen@mooneygreen.com jmooney@mooneygreen.com rwelch@mooneygreen.com |
| Counsel for Komatsu Financial Limited Partnership | Moran Reeves & Conn PC | Attn: Christopher J. Hoctor | 100 Shockoe Slip | 4th Floor | Richmond | VA | 23219 | | 804-421-6250 | 804-421-6251 | Choctor@mrcplaw.com |
| Counsel for UMWA Health & Retirement Funds | Morgan, Lewis & Bockius LLP | Attn: Amelia C. Joiner | One Federal Street | | Boston | MA | 02110 | | 617-951-8000 | 617-951-8736 | amelia.joiner@morganlewis.com |
| Counsel for UMWA Health & Retirement Funds | Morgan, Lewis & Bockius LLP | Attn: Crystal R. Axelrod | 1000 Louisiana Street | Suite 4000 | Houston | TX | 77002-5005 | | 713-890-5000 | 713-890-5001 | caxelrod@morganlewis.com |
| Counsel for UMWA Health & Retirement Funds | Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild, III & Rachel Jaffe Mauceri | 1701 Market Street | | Philadelphia | PA | 19103-2921 | | 215-963-5000 | 215-963-5001 | jgoodchild@morganlewis.com rmauceri@morganlewis.com |
| Counsel for People's Capital and Leasing Corp. | Moritt Hock & Hamroff LLP | Attn: Marc L. Hamroff & Theresa A. Driscoll | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | 516-873-2010 | mhamroff@moritthock.com tdriscoll@moritthock.com |
| Counsel for the Official Committee of Unsecured Creditors | Morrison & Foerster, LLP | Attn: Lorenzo Marinuzzi, Esquire, Jennifer L. Marines, Esquire, Jordan Wishnew, Esquire & John T. Weber, Esquire | 250 West 55th Street | | New York | NY | 10019-9601 | | 212-468-8000 | 212-468-7900 | lmarinuzzi@mofo.com jmarines@mofo.com jwishnew@mofo.com jweber@mofo.com |
| Attorney General | National Association of Attorneys General | Attn: Karen Cordry | 2030 M St., N.W. | 8th Floor | Washington | DC | 20036 | | 202-326-6025 | 202-331-1427 | kcordry@naag.org |
| Counsel for Michelin North America, Inc. | Nelson Mullins Riley & Scarborough LLP | Attn: Dylan G. Trache, Esquire | 101 Constitution Avenue, N.W. | Suite 900 | Washington | DC | 20001 | | 202-712-2800 | 202-712-2860 | dylan.trache@nelsonmullins.com |
| Counsel for Michelin North America, Inc. | Nelson Mullins Riley & Scarborough LLP | Attn: Jody A. Bedenbaugh | Meridian, 17th Floor | 1320 Main Street | Columbia | SC | 29201 | | 803-255-9820 | 803-256-7500 | jody.bedenbaugh@nelsonmullins.com |
| Department of Environmental Protection Commonwealth of Pennsylvania | Office of Chief Counsel | Attn: Stevan Kip Portman | 909 Elmerton Avenue | | Harrisburg | PA | 17110 | | 717-787-8790 | 717-772-2400 | sportman@pa.gov |
| Office of the Attorney General of Virginia | Office of the Attorney General of Virginia | Attn: Kenneth T. Cuccinelli II | 900 E. Main St | | Richmond | VA | 23219 | | 804-786-2071 | 804-786-1991 | |
| Office of the Secretary of the Commonwealth of Virginia | Office of the Secretary of the Commonwealth | | 1111 E. Broad St. | 4th Fl. | Richmond | VA | 23219 | | 804-786-2441 | 804-371-0017 | |
| Office of the United States Attorney for the Eastern District of Virginia | Office of the United States Attorney for the Eastern District of Virginia | | 600 East Main Street | Suite 1800 | Richmond | VA | 23219-2447 | | 804-819-5400 | | usavae.usattys@usdoj.gov |
| United States Trustee Eastern District of Virginia | Office of the United States Trustee | Attn: Elisabetta Gasparini | 1835 Assembly Street | Suite 953 | Columbia | SC | 29201 | | | | Elisabetta.G.Gasparini@usdoj.gov Robert.B.Van.Arsdale@usdoj.gov Shannon.Pecoraro@usdoj.gov |
| United States Trustee Eastern District of Virginia | Office of the United States Trustee | Attn: Judy A. Robbins | Robert Van Arsdale & Shannon Pecoraro | 701 E Broad St., STE 4304 | Richmond | VA | 23219 | | 804-771-2310 | 804-771-2330 | Judy.Robbins@usdoj.gov |
| Counsel for Alpha Natural Resources, Boone East Development Co.; Black King Mine Development Co.; Bandytown Coal Company, Eagle Energy, Inc. | Penn, Stuart & Eskridge, PC | Attn: Mark L. Esposito | P.O. Box 2009 | | Bristol | VA | 24203 | | 423-793-4812 | 423-793-4852 | mesposito@pennstuart.com |

In re Patriot Coal Corporation
Core/2002 Service List
Case No. 15-32450 (KLP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Pocahontas Land Corporation | Potter Anderson & Corroon LLP | Attn: David J. Baldwin & R. Stephen McNeill | 1313 N. Market Street | 7th Floor | Wilmington | DE | 19801 | | 302-984-6100 | 302-658-1192 | dbaldwin@potteranderson.com |
| Counsel for Republic Bank, Inc. | Prince, Yeates & Geldzahler | Attn: Glenn R. Bronson | 15 West South Temple | Suite 1700 | Salt Lake City | UT | 84101 | | 801-524-1000 | 801-524-1098 | rmcneill@potteranderson.com; grb@princeyeates.com |
| Counsel for Synchrony Bank | Recovery Management Systems Corporation | Attn: Ramesh Singh | 25 SE 2nd Avenue | Suite 1120 | Miami | FL | 33131-1605 | | 305-379-7674 | 305-374-8113 | claims@recoverycorp.com |
| Counsel for GE Capital TMS, General Electric Capital Corporation and Gelco Corporation d/b/a GE Fleet Services | Reed Smith LLP | Attn: Alison R.W. Toepp | Riverfront Plaza - West Tower | 901 East Byrd Street, Suite 1700 | Richmond | VA | 23219 | | 804-344-3400 | 804-344-3410 | atoepp@reedsmith.com |
| Counsel for GE Capital TMS, General Electric Capital Corporation and Gelco Corporation d/b/a GE Fleet Services | Reed Smith LLP | Attn: Michael J. Venditto & Chrystal A. Puleo | 599 Lexington Avenue | | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | mvenditto@reedsmith.com; cpuleo@reedsmith.com |
| Counsel for Siemens Financial Services, Inc. | Reed Smith LLP | Attn: Curtis G. Manchester | Riverfront Plaza - West Tower | 901 East Byrd Street, Suite 1700 | Richmond | VA | 23219 | | 804-344-3400 | 804-344-3410 | cmanchester@reedsmith.com |
| Counsel for Ecko, Inc.; United Leasing, Inc.; Republic Bank, Inc. | Ronald Page, PLC | Attn: Ronald A. Page, Jr. | P.O. Box 73524 | | Richmond | VA | 23235 | | 804-562-8704 | 804-482-2427 | rpage@rpagelaw.com; rterry@sandsanderson.com |
| Counsel for Sands Anderson PC | Sands Anderson PC | Attn: Roy M. Terry, Jr., Esquire, William A. Gray, Esquire & John C. Smith, Esquire | 1111 East Main Street, Suite 2400 | P.O. Box 1998 | Richmond | VA | 23218-1998 | | 804-648-1636 | 804-783-7291 | bgray@sandsanderson.com; jsmith@sandsanderson.com |
| Counsel for H-E Parts Mining, Crown Parts and Machine, and Dom-Ex LLC | Sands Anderson PC | Attn: William A. Gray, Esquire | 1111 East Main Street (23219) | P.O. Box 1998 | Richmond | VA | 23218-1998 | | 804-648-1636 | 804-783-7291 | Bgray@sandsanderson.com |
| Counsel for Moody's Investors Service, Inc. | Satterlee Stephens Burke & Burke LLP | Attn: Christopher R. Belmonte & Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com; pbosswick@ssbb.com |
| Counsel for Patriot Coal Non-Union Retiree VEBA Trust | Schnader Harrison Segal & Lewis LLP | Attn: Gordon S. Woodward | 750 9th Street, N.W. | Suite 550 | Washington | DC | 20001-4534 | | 202-419-4215 | 202-419-4253; 202-622-6464 | gwoodward@schnader.com |
| US Secretary of Treasury | Secretary of Treasury | | 1500 Pennsylvania Ave, N.W. | | Washington | DC | 20020 | | 202-622-2000 | 202-622-6415 | |
| Securities and Exchange Commission Philadelphia Division | Securities and Exchange Commission | Attn: Sharon Binger Regional Director | One Penn Center | 1617 JFK Blvd., STE 520 | Philadelphia | PA | 19103 | | 215-597-3100 | | philadelphia@sec.gov |
| Securities and Exchange Commission Headquarters | Securities and Exchange Commission | Attn: General Counsel | 100 F St., N.E. | | Washington | DC | 20549 | | 202-551-6061 | 202-772-9180 | secbankruptcy@sec.gov |
| Counsel for The Federal Insurance Company | Setliff & Holland, PC | Attn: Richard T. Pledger, Esquire & Thomas J. Moran, Esquire | 4940 Dominion Boulevard | | Glen Allen | VA | 23060 | | 804-377-1260 | 804-377-1280 | rpledger@setliffholland.com; tmoran@setliffholland.com |
| Counsel for Pocahontas Land Corporation | Setliff & Holland, PC | Attn: Ryan Fergurson | 4940 Dominion Boulevard | | Glen Allen | VA | 23060 | | 804-377-1275 | 804-377-1295 | rfurgurson@setliffholland.com |
| Counsel for SG Equipment Finance USA Corp. | Sheppard Mullin Richter & Hampton LLP | Attn: Malani J. Cademartori & Blanka K. Wolfe, P.C. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-653-8700 | 212-653-8701 | bwolfe@sheppardmullin.com; squsba@stblaw.com |
| Counsel for Deutsche Bank | Simpson Thacher & Bartlett | Attn: Sandeep Qusba, William T. Russell, Jr., Nicholas Baker & Alexander Li | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | wrussell@stblaw.com; nbaker@stblaw.com; zander.li@stblaw.com |
| Counsel to Prepetition ABL Agent | Simpson Thacher & Bartlett | Attn: Sandy Qusba | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-3760 | 212-455-2502 | squsba@stblaw.com |
| Counsel for Barclays Bank PLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Albert L. Hogan III | 155 N. Wacker Drive | | Chicago | IL | 60606 | | 312-407-0700 | 312-407-0411 | al.hogan@skadden.com |
| Counsel for Barclays Bank PLC | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ken S. Ziman, Shana A. Elberg & Nikolay Kodes | 4 Times Square | | New York | NY | 10036 | | 212-735-3000 | 212-735-2000 | ken.ziman@skadden.com; shana.elberg@skadden.com; nikolay.kodes@skadden.com |
| Counsel to LC Administrative Agent | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ken Ziman | Four Times Square | | New York | NY | 10036-6522 | | 212-735-3310 | 917-777-3310 | ken.ziman@skadden.com |
| Counsel for SGS North America, Inc. | Spector & Ehrenworth, PC | Attn: Brian D. Spector, Esq. & Douglas A. Goldstein, Esq. | 30 Columbia Turnpike | Suite 202 | Florham Park | NJ | 07932-2261 | | 973-845-6526 | 973-593-4848 | dgoldstein@selawfirm.com |
| Counsel for Penn Virginia Operating Co., LLC; K Rail, LLC; Kanawha Rail, LLC; Suncrest Resources, LLC; Toney Fork, LLC; Powell Construction Company, Inc.; Pardee Minerals, LLC and Courtney Company | Spilman Thomas & Battle, PLLC | Attn: Peter M. Pearl, Esq. | 310 First Street, Suite 1100 (24011) | P.O. Box 90 | Roanoke | VA | 24002 | | 540-512-1800 | 540-342-4480 | ppearl@spilmanlaw.com |
| Counsel for Daniels Electric, Inc. | Spilman Thomas & Battle, PLLC | Attn: Peter M. Pearl, Esq. | P.O. Box 90 | | Roanoke | VA | 24002 | | 540-512-1800 | 540-342-4480 | ppearl@spilmanlaw.com |
| Counsel for Blackhawk Mining LLC | Spotts Fain PC | Attn: Robert H. Chappell, III, Esq. & James K. Donaldson, Esq. | 411 East Franklin Street | Suite 600 | Richmond | VA | 23219 | | 804-697-2000 | 804-697-2100 | rchappell@spottsfain.com; jdonaldson@spottsfain.com |
| Counsel for ArcelorMittal USA LLC | Squire Patton Boggs (US) LLP | Attn: Elliot M. Smith | 221 E. Fourth Street | Suite 2900 | Cincinnati | OH | 45202 | | 513-361-1200 | 513-361-1201 | elliot.smith@squirepb.com |
| Counsel for Patriot Coal Non-Union Retiree VEBA Trust | Stahl Cowen Crowley Addis LLC | Attn: Jon D. Cohen | 55 West Monroe Street | Suite 1200 | Chicago | IL | 60603 | | 312-377-4565 | 312-423-8156 | jcohen@stahlcowen.com |
| Interested Party | State Electric Supply Company | Attn: James Ware | 2010 Second Avenue | | Huntington | WV | 25703 | | 304-523-7491 | 304-522-9624 | james.ware@stateelectric.com |
| Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Dept | Carvel State Office Bldg. | 820 N. French St. | Wilmington | DE | 19801 | | 302-577-8338 | 302-577-6630 | Attorney.General@state.DE.US |
| Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Dept | 100 West Randolph Street | | Chicago | IL | 60601 | | 312-814-3000 | | webmaster@atg.state.il.us |
| Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Dept | Indiana Government Center South | 302 W. Washington St., 5th Floor | Indianapolis | IN | 46204 | | 317-232-6201 | 317-232-7979 | |
| Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Dept | 700 Capitol Avenue | Suite 118 | Frankfort | KY | 40601 | | 502-696-5300 | 502-564-2894 | web@ag.ky.gov |

In re Patriot Coal Corporation
Core/2002 Service List
Case No. 15-32450 (KLP)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Dept | Supreme Court Building | 207 W. High St. | Jefferson City | MO | 65102 | | 573-751-3321 | 573-751-0774 | attorney.general@ago.mo.gov |
| Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Dept | 30 E. Broad St., 14th Floor | | Columbus | OH | 43215 | | 800-282-0515 | | |
| Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Dept | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 | | 717-787-3391 | 717-787-3391 | |
| Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Dept | State Capitol Bldg. 1 Room E 26 | | Charleston | WV | 25305 | | 304-558-2021 | 304-558-0140 | consumer@wvago.gov |
| State of WV Department of Environmental Protection | State of WV Department of Environmental Protection | Attn: Melinda S. Cambell, Chief | 601 57th Street, S.E. | | Charleston | WV | 25304 | | 304-926-0480 | | |
| Counsel for Kentucky Utilities Company | Stoll Keenan Ogden PLLC | Attn: Lea Pauley Goff, Esquire & Emily L. Pagorski, Esquire | 500 West Jefferson Street | 2000 PNC Plaza | Louisville | KY | 40202-2828 | | 502-568-5763 | 502-333-6099 | lea.goff@skofirm.com; emily.pagorski@skofirm.com |
| Counsel for Honey Island Coal Co., LLC | Sutherland Asbill & Brennan LLP | Attn: Mark D. Sherrill | 700 Sixth Street, NW | Suite 700 | Washington | DC | 20001-3980 | | 202-383-0360 | 202-637-3593 | mark.sherrill@sutherland.com |
| Counsel for Honey Island Coal Co., LLC | Sutherland Asbill & Brennan LLP | Attn: Thomas M. Byrne | 999 Peachtree Street, NE | Suite 2300 | Atlanta | GA | 30309-3996 | | 404-853-8026 | 404-853-8806 | tom.byrne@sutherland.com |
| Counsel for the Official Committee of Unsecured Creditors | Tavenner & Beran, PLC | Attn: Lynn L. Tavenner, Esquire & Paula S. Beran, Esquire | 20 North Eighth Street | Second Floor | Richmond | VA | 23219 | | 804-783-8300 | 804-783-0179 | ltavenner@tb-lawfirm.com; pberan@tb-lawfirm.com |
| Counsel for J.L. Knight Jr. Inc.; Security America, Inc.; Cavcon, Inc.; Daniels Electric, Inc.; Kanawha Scales and Systems, Inc.; Phillips Machine Service, Inc.; Prairie Dock Company, LLC & Prairie Mining Company, LLC | ThompsonMcMullan PC | Attn: Adam R. Nelson, Esq., David R. Ruby, Esq. & William D. Prince, IV Esq. | 100 Shockoe Slip | Third Floor | Richmond | VA | 23219 | | 804-698-6220; 804-698-6208 | 804-780-1813 | druby@t-mlaw.com; wprince@t-mlaw.com; anelson@t-mlaw.com |
| Counsel for Cassingham, LLC, et al; Garland Fork LLC | Troutman Sanders LLP | Attn: Massie Payne Cooper | 1001 Haxall Point | | Richmond | VA | 23219 | | 804-697-1392 | 804-697-1339 | massie.cooper@troutmansanders.com |
| Counsel for Cassingham, LLC, et al. and Garland Fork LLC | Troutman Sanders LLP | Attn: Richard E. Hagerty | 1850 Towers Crescent Plaza | Suite 500 | Tysons Corner | VA | 22182 | | 703-734-4326 | 703-448-6520 | richard.hagerty@troutmansanders.com |
| Prepetition Notes Trustee | U.S. Bank National Association | Attn: Laura L. Moran | One Federal Street | Mail Station: EX-MA-FED | Boston | MA | 02110 | | 617-603-6429 | | laura.moran@usbank.com |
| Counsel for the United States Department of Labor, Office of Workers' Compensation Programs, Division of Coal Mine Workers' Compensation | U.S. Department of Labor, Office of the Solicitor | Attn: Sean G. Bajkowski, Counsel & Dominique V. Sinesi, Trial Attorney | Division of Black Lung & Longshore Legal Services | 200 Constitution Ave., N.W. Suite N-2119 | Washington | DC | 20210 | | 202-693-5660; 202-693-5648; 202-693-5669 | 202-693-5687 | bajkowski.sean@dol.gov; sinesi.dominique@dol.gov |
| Counsel for UMWA Health & Retirement Funds | UMWA Health & Retirement Funds, Office of the General Counsel | Attn: Barbara E. Locklin | 2121 K Street, N.W. | Suite 350 | Washington | DC | 20037 | | 202-521-2238 | | blocklin@umwafunds.org |
| Counsel for Komatsu Financial Limited Partnership | Vedder Price P.C. | Attn: Mitchell D. Cohen; Stephanie K. Hor-Chen | 1633 Broadway | 47th Floor | New York | NY | 10019 | | 212-407-7700 | 212-407-7799 | Mcohen@vedderprice.com; Schen@vedderprice.com |
| Virginia Department of Taxation | Virginia Department of Taxation | Attn: Office of Customer Services | P.O. Box 1115 | | Richmond | VA | 23218-1115 | | | | |
| Counsel for H.A. Robson Trust, PRC Holdings, LLC, Prichard School, LLC, City National Bank of West Virginia as Trustee under a Trust Agreement dated December 30, 1983 with A.M. Prichard, III, Sarah Ann Prichard and Lewis Prichard, Robert B. LaFollette Holdings, LLC, Wright Holdings, LLC, Kanawha Boone Holdings LLC, James A. LaFollette Holdings, LLC, LML Properties, LLC and Riverside Park, Inc. | Whiteford Taylor & Preston | Attn: Bradford F. Englander | 3190 Fairview Park Drive | Suite 300 | Falls Church | VA | 22042 | | 703-280-9081 | 703-280-3370 | benglander@wtplaw.com |
| Counsel for H.A. Robson Trust, PRC Holdings, LLC, Prichard School, LLC, City National Bank of West Virginia as Trustee under a Trust Agreement dated December 30, 1983 with A.M. Prichard, III, Sarah Ann Prichard and Lewis Prichard, Robert B. LaFollette Holdings, LLC, Wright Holdings, LLC, Kanawha Boone Holdings LLC, James A. LaFollette Holdings, LLC, LML Properties, LLC and Riverside Park, Inc. | Whiteford Taylor & Preston | Attn: Michael E. Hastings & Brandy M. Rapp | 114 S. Market Street | Suite 210 | Roanoke | VA | 24011 | | 540-759-3579 | 540-759-3569 | mhastings@wtplaw.com; brapp@wtplaw.com |
| Counsel for Cortland Capital Market Services LLC | Williams Mullen | Attn: William H. Schwarzschild, III & W. Alexander Burnett | P.O. Box 1320 | | Richmond | VA | 23218-1320 | | 804-420-6489 | 804-420-6507 | tschwarz@williamsmullen.com; aburnett@williamsmullen.com |
| Counsel for Cecil I. Walker Machinery Co. & Whayne Supply Company; Boyd Fabrication Company | Wolcott Rivers Gates | Attn: Cullen D. Speckhart | Convergence Center IV | 301 Bendix Road, Suite 500 | Virginia Beach | VA | 23452 | | 757-622-0090 | 757-622-0096 | cspeckhart@wolriv.com |
| Counsel for Argo Insurance Company | Zemanian Law Group | Attn: Peter G. Zemanian, Esq. | 223 East City Hall Avenue | Suite 201 | Norfolk | VA | 23510 | | | | |