HARRIS BEACH PLLC
Kelly C. Griffith, Esq. (VSB No. 43902)
Lee E. Woodard, Esq. (Admitted *Pro hac vice*)
333 W. Washington Street, Suite 200
Syracuse, New York 13202
Telephone: (315) 423-7100
Facsimile: (315) 422-9331

*Counsel for Bond Safeguard Insurance Co.*
*and Lexon Insurance Co.*

Dabney, PLLC
H. Slayton Dabney, Jr. (VSB No. 14145)
303 Grande Court
Richmond, VA 23229
Telephone: (646) 549-1181

*Local Counsel for Bond Safeguard Insurance Co.*
*and Lexon Insurance Co.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

---

In re:

PATRIOT COAL CORPORATION, *et al.*,

Debtors.

Chapter 11

Case No. 15-32450 (KLP)

(Jointly Administered)

---

**CERTIFICATE OF SERVICE**

I, Laura M. Chrissley, of Harris Beach PLLC, being over the age of 18 years old and residing in Onondaga County, New York, hereby certify under penalty of perjury that on the 10th day of August, 2015, I electronically filed the Objection of Lexon Insurance Company and Bond Safeguard Insurance Company to Debtors' Motion for Entry of an Order Approving Solicitation and Voting Procedures and Disclosure Statement for Debtors' Joint Plan of Reorganization Filed on July 13, 2015, along with the Memorandum of Law in Support of Objection of Lexon Insurance Company and Bond Safeguard Insurance Company to Debtors' Motion for Entry of an Order Approving Solicitation and Voting Procedures and Disclosure Statement for Debtors'

Joint Plan of Reorganization Filed on July 13, 2015 at Docket No. 790 (the "Objection"), with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following:

Theresa A.Driscoll on behalf of Creditor People's Capital and Leasing Corp.
tdriscoll@moritthock.com

Kevin W. Barrett on behalf of Interested Party West Virginia Department of Environmental Protection
kbarrett@baileyglasser.com, mhissam@baileyglasser.com;mchapman@baileyglasser.com

Peter Barrett on behalf of Debtor Midland Trail Energy LLC
peter.barrett@kutakrock.com,
lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

Peter Barrett on behalf of Debtor Midwest Coal Resources II, LLC
peter.barrett@kutakrock.com,
lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

Peter Barrett on behalf of Debtor Panther LLC
peter.barrett@kutakrock.com,
lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

Peter Barrett on behalf of Debtor Patriot Coal Company, L.P.
peter.barrett@kutakrock.com,
lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

Peter Barrett on behalf of Debtor Patriot Coal Corporation
peter.barrett@kutakrock.com,
lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

Peter Barrett on behalf of Debtor Patriot Coal Holdings I LLC
peter.barrett@kutakrock.com,
lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

Peter Barrett on behalf of Debtor Patriot Coal Holdings II LLC
peter.barrett@kutakrock.com,
lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

Peter Barrett on behalf of Debtor Patriot Coal Sales LLC
peter.barrett@kutakrock.com,
lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

Peter Barrett on behalf of Debtor Patriot Coal Services LLC
peter.barrett@kutakrock.com,
lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

Peter Barrett on behalf of Debtor Patriot Leasing Company LLC

peter.barrett@kutakrock.com,
lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

Peter Barrett on behalf of Debtor Patriot Midwest Holdings, LLC
peter.barrett@kutakrock.com,
lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

Peter Barrett on behalf of Debtor Patriot Reserve Holdings, LLC
peter.barrett@kutakrock.com,
lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;charisse.matthews@kutakrock.com

Christopher R. Belmonte on behalf of Interested Party Moody's Investors Service, Inc.
cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com

Paula S. Beran on behalf of Creditor Committee Official Committee of Unsecured Creditors
pberan@tb-lawfirm.com, stavenner@tb-lawfirm.com;ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com

Corey Simpson Booker on behalf of Creditor Caterpillar Financial Services Corporation
corey.booker@leclairryan.com, elizabeth.slate@leclairryan.com

Glenn R. Bronson on behalf of Creditor Republic Bank, Inc.
grb@princeyeates.com, carolp@princeyeates.com;docket@princeyeates.com

Tyler P. Brown on behalf of Creditor Deutsche Bank
tpbrown@hunton.com, tcanada@hunton.com

William A. Burnett on behalf of Creditor Cortland Capital Market Services LLC
aburnett@williamsmullen.com, ddillon@williamsmullen.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Michael A. Condyles on behalf of Debtor Apogee Coal Company, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Appalachia Mine Services, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Black Stallion Coal Company, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Brody Mining, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Catenary Coal Company, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Central States Coal Reserves of Kentucky, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Colony Bay Coal Company LLC

michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Corydon Resources LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Coyote Coal Company LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Dodge Hill Mining Company, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Eastern Associated Coal, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Eastern Royalty, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Emerald Processing, L.L.C.
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Gateway Eagle Coal Company, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Grand Eagle Mining, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Heritage Coal Company LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Highland Mining Company, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Hillside Mining Company LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Hobet Mining, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Jupiter Holdings LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Kanawha Eagle Coal, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Kanawha River Ventures III, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Little Creek LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Midland Trail Energy LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

278237 2586293v1

Michael A. Condyles on behalf of Debtor Midwest Coal Resources II, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Mountain View Coal Company, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Panther LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Patriot Coal Company, L.P.
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Patriot Coal Corporation
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Patriot Coal Holdings I LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Patriot Coal Holdings II LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Patriot Coal Sales LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Patriot Coal Services LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Patriot Leasing Company LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Patriot Midwest Holdings, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Patriot Reserve Holdings, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Patriot Ventures LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Pine Ridge Coal Company, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Remington LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Rhino Eastern JV Holding Company LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Rivers Edge Mining LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

278237 2586293v1

Michael A. Condyles on behalf of Debtor Robin Land Company, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Speed Mining LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Thunderhill Coal LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor WWMV JV Holding Company LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Wildcat Energy LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Wildcat, LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Debtor Will Scarlet Properties LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Defendant Heritage Coal Company LLC
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles on behalf of Defendant Patriot Coal Corporation
michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Massie Payne Cooper on behalf of Creditor AAW Holdings, LLC, a West Virginia limited liability company
massie.cooper@troutmansanders.com

Massie Payne Cooper on behalf of Creditor Cassingham, LLC, a West Virginia limited liability company, et al., creditors
massie.cooper@troutmansanders.com

Massie Payne Cooper on behalf of Creditor Chesapeake Mining Company, a West Virginia corporation
massie.cooper@troutmansanders.com

Massie Payne Cooper on behalf of Creditor Dickinson Properties, LLC, a West Virginia limited liability company
massie.cooper@troutmansanders.com

Massie Payne Cooper on behalf of Creditor Dickinson Testamentary Trust
massie.cooper@troutmansanders.com

Massie Payne Cooper on behalf of Creditor Dorothy, LLC, a West Virginia limited liability company
massie.cooper@troutmansanders.com

Massie Payne Cooper on behalf of Creditor Garland Fork LLC
massie.cooper@troutmansanders.com

Massie Payne Cooper on behalf of Creditor Horse Creek Land and Mining Company, a West Virginia corporation
massie.cooper@troutmansanders.com

Massie Payne Cooper on behalf of Creditor Imperial Coal Company, a West Virginia corporation
massie.cooper@troutmansanders.com

Massie Payne Cooper on behalf of Creditor LML-AAW Holdings, LLC, a West Virginia limited liability
massie.cooper@troutmansanders.com

Massie Payne Cooper on behalf of Creditor Lorado, LLC, a West Virginia limited liability company
massie.cooper@troutmansanders.com

Massie Payne Cooper on behalf of Creditor Malden, LLC, a West Virginia limited liability company
massie.cooper@troutmansanders.com

Massie Payne Cooper on behalf of Creditor Nelle Ratrie Chilton, & Charles C. Dickinson, Ill, Co-Trustees
massie.cooper@troutmansanders.com

Massie Payne Cooper on behalf of Creditor Payne-Gallatin Company, a West Virginia corporation
massie.cooper@troutmansanders.com

Massie Payne Cooper on behalf of Creditor Quincy Center, a West Virginia partnership
massie.cooper@troutmansanders.com

Massie Payne Cooper on behalf of Creditor Quincy Coal Company, a West Virginia corporation
massie.cooper@troutmansanders.com

Robert K. Coulter on behalf of Interested Party UNITED STATES OF AMERICA
robert.coulter@usdoj.gov, USAVAE.ALX.ECF.BANK@usdoj.gov

Steven N. Cousins on behalf of Creditor Peabody Energy Corporation
scousins@armstrongteasdale.com

John M. Craig on behalf of Creditor American Electric Power
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Hope Gas, Inc., d/b/a Dominion Hope
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor Monongahela Power Company
johncraigg@aol.com, russj4478@aol.com

John M. Craig on behalf of Creditor West Penn Power Company
johncraigg@aol.com, russj4478@aol.com

Karen M. Crowley on behalf of Creditor The UMWA Combined Benefit Fund
kcrowley@clrbfirm.com, jbrockett@clrbfirm.com;tturner@clrbfirm.com

Karen M. Crowley on behalf of Creditor UMWA Combined Benefit Fund and its Trustees
kcrowley@clrbfirm.com, jbrockett@clrbfirm.com;tturner@clrbfirm.com

Karen M. Crowley on behalf of Creditor UMWA Health and Retirement Funds
kcrowley@clrbfirm.com, jbrockett@clrbfirm.com;tturner@clrbfirm.com

Karen M. Crowley on behalf of Interested Party United Mine Workers of America 1974 Pension Plan and Trust

kcrowley@clrbfirm.com, jbrockett@clrbfirm.com;tturner@clrbfirm.com

Karen M. Crowley on behalf of Unknown UMWA 1992 Benefit Plan and its Trustees
kcrowley@clrbfirm.com, jbrockett@clrbfirm.com;tturner@clrbfirm.com

H. Slayton Dabney, Jr. on behalf of Creditor Bond Safeguard Insurance Co. and Lexon Insurance Co.
sdabney@dabneypllc.com

James K. Donaldson on behalf of Interested Party Blackhawk Mining LLC
jdonaldson@spottsfain.com, eanderson@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;hcutright@spottsfain.com

Bradford F. Englander on behalf of Creditor H.A. Robson Trust, et al.
benglander@wtplaw.com, rodom@wtplaw.com

Augustus C. Epps, Jr. on behalf of Creditor Kentucky Utilities Company
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Rogers Petroleum Services, Inc.
aepps@cblaw.com, avaughn@cblaw.com

Augustus C. Epps, Jr. on behalf of Creditor Shonk Land Company, LLC
aepps@cblaw.com, avaughn@cblaw.com

Mark L. Esposito on behalf of Creditor Alpha Natural Resources, Inc. its affiliates, subsidiaries,
mesposito@pennstuart.com

Ryan F. Furgurson on behalf of Creditor Pocahontas Land Corporation
rfurgurson@setliffholland.com

Anna Katherine Girard on behalf of Interested Party Energy& Env Cabinet Commonwealth of Kentucky
anna.girard@ky.gov

Barbara J. Grabowski on behalf of Unknown Commonwealth of Pennsylvania
bgrabowski@pa.gov

William A. Gray on behalf of Creditor Crown Parts & Machine
bgray@sandsanderson.com, rarrington@sandsanderson.com;sryan@sandsanderson.com;dbbankruptcy@gmail.com

William A. Gray on behalf of Creditor Dom-Ex LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com;sryan@sandsanderson.com;dbbankruptcy@gmail.com

William A. Gray on behalf of Creditor H-E Parts Mining
bgray@sandsanderson.com, rarrington@sandsanderson.com;sryan@sandsanderson.com;dbbankruptcy@gmail.com

William A. Gray on behalf of Creditor Oracle America, Inc.
bgray@sandsanderson.com, rarrington@sandsanderson.com;sryan@sandsanderson.com;dbbankruptcy@gmail.com

Rachel A. Greenleaf on behalf of Creditor CSX Transportation, Inc.
rgreenleaf@hf-law.com, rmcburney@hf-law.com

Rachel A. Greenleaf on behalf of Creditor Fifth Third Bank
rgreenleaf@hf-law.com, rmcburney@hf-law.com

Kelly C. Griffith on behalf of Creditor Bond Safeguard Insurance Co. and Lexon Insurance Co.
kgriffith@harrisbeach.com

Richard E. Hagerty on behalf of Creditor Cassingham, LLC, a West Virginia limited liability company, et al., creditors
richard.hagerty@troutmansanders.com,
sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com

Richard E. Hagerty on behalf of Creditor Garland Fork LLC
richard.hagerty@troutmansanders.com,
sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;karen.powers@troutmansanders.com

Michael E. Hastings on behalf of Creditor Kinder Morgan Resources, LLC
mhastings@wtplaw.com, twhitt@wtplaw.com

Dion W. Hayes on behalf of Creditor Debtor in Possession Facility Lenders
dhayes@mcguirewoods.com

Christopher Julian Hoctor on behalf of Creditor Komatsu Financial Limited Partnership
choctor@mrcpclaw.com

Kevin Walker Holt on behalf of Creditor WC Hydraulics, LLC
Holt@gentrylocke.com, Nichols@gentrylocke.com

Vernon E. Inge, Jr. on behalf of Creditor Caterpillar Financial Services Corporation
vernon.inge@leclairryan.com, elizabeth.slate@leclairryan.com

Michael Kwang-Min Kim on behalf of Creditor Indemnity National Insurance Company
mkim@stites.com, docketclerkalex@stites.com,jwilliams-parker@stites.com

Michael Kwang-Min Kim on behalf of Creditor Travelers Casualty & Surety Company of America
mkim@stites.com, docketclerkalex@stites.com,jwilliams-parker@stites.com

Michael Kwang-Min Kim on behalf of Creditor US Specialty Insurance
mkim@stites.com, docketclerkalex@stites.com,jwilliams-parker@stites.com

Michael Kwang-Min Kim on behalf of Creditor Westchester Fire Insurance Company
mkim@stites.com, docketclerkalex@stites.com,jwilliams-parker@stites.com

Henry Pollard Long, III on behalf of Creditor Barclays Bank PLC
hlong@hunton.com, tcanada@hunton.com

Henry Pollard Long, III on behalf of Creditor Deutsche Bank
hlong@hunton.com, tcanada@hunton.com

Henry Pollard Long, III on behalf of Professional Hunton & Williams LLP
hlong@hunton.com, tcanada@hunton.com

Curtis G. Manchester on behalf of Creditor Siemens Financial Services, Inc.

Case 15-32450-KLP    Doc 796    Filed 08/10/15    Entered 08/10/15 15:52:23    Desc Main
                           Document      Page 10 of 17

cmanchester@reedsmith.com, shicks@reedsmith.com;dlynch@reedsmith.com;docketingecf@reedsmith.com

Jonathan D. Marshall on behalf of Creditor Cortland Capital Market Services LLC
jmarshall@brownrudnick.com, JWexler@brownrudnick.com

Christine H. McCarthy on behalf of Creditor D-A Lubricant Company, Inc.
cmccarthy@btlaw.com

James Grant McGuire on behalf of Creditor Cole & Crane Real Estate Trust
gmcguire@campbellwoods.com, phammack@campbellwoods.com;cjones@campbellwoods.com

James Grant McGuire on behalf of Creditor Kay Ford James Heirs
gmcguire@campbellwoods.com, phammack@campbellwoods.com;cjones@campbellwoods.com

James Grant McGuire on behalf of Creditor Little Coal Land Company
gmcguire@campbellwoods.com, phammack@campbellwoods.com;cjones@campbellwoods.com

Robert P. McIntosh on behalf of Creditor United States of America, Department of Labor
Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov;SJohnston1@usa.doj.gov

Jennifer McLain McLemore on behalf of Creditor ACIN LLP
jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com

Jennifer McLain McLemore on behalf of Creditor Kentucky Utilities Company
jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com

Jennifer McLain McLemore on behalf of Creditor Natural Resource Partners L.P.
jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com

Jennifer McLain McLemore on behalf of Creditor Realco Limited Liability Company
jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com

Jennifer McLain McLemore on behalf of Creditor Shepard Booone Coal Company LLC
jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com

Jennifer McLain McLemore on behalf of Creditor Shonk Land Company, LLC
jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com

Jennifer McLain McLemore on behalf of Creditor WPP LLC
jmclemore@cblaw.com, avaughn@cblaw.com;klombardo@cblaw.com

Robert Field Moorman on behalf of Creditor Quality Magnetite, LLC
rmoorman@moormanlaw.com, robmoorman@comcast.net

Thomas Joseph Moran on behalf of Creditor The Federal Insurance Company
tmoran@setliffholland.com, wcabell@setliffholland.com

Michael D. Mueller on behalf of Creditor NRP (Operating) LLC
mmueller@cblaw.com, avaughn@cblaw.com

Michael D. Mueller on behalf of Creditor Stowers Fire and Safety Equipment
mmueller@cblaw.com, avaughn@cblaw.com

Adam R. Nelson on behalf of Creditor Prairie Dock Company, LLC and Prairie Mining Company, LLC
anelson@t-mlaw.com, crunnett@t-mlaw.com

Ronald A. Page, Jr. on behalf of Creditor Ecko, Inc.
rpage@rpagelaw.com, rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com

Ronald A. Page, Jr. on behalf of Creditor Republic Bank, Inc.
rpage@rpagelaw.com, rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com

Ronald A. Page, Jr. on behalf of Creditor United Leasing, Inc.
rpage@rpagelaw.com, rpage@ecf.inforuptcy.com;pagebankruptcy@gmail.com

Peter M. Pearl on behalf of Creditor Courtney Company
ppearl@spilmanlaw.com, scormany@spilmanlaw.com

Peter M. Pearl on behalf of Creditor Daniels Electric, Inc.
ppearl@spilmanlaw.com, scormany@spilmanlaw.com

Peter M. Pearl on behalf of Creditor K Rail, LLC
ppearl@spilmanlaw.com, scormany@spilmanlaw.com

Peter M. Pearl on behalf of Creditor Kanawha Rail, LLC
ppearl@spilmanlaw.com, scormany@spilmanlaw.com

Peter M. Pearl on behalf of Creditor Pardee Minerals, LLC
ppearl@spilmanlaw.com, scormany@spilmanlaw.com

Peter M. Pearl on behalf of Creditor Penn Virginia Operating Co., LLC
ppearl@spilmanlaw.com, scormany@spilmanlaw.com

Peter M. Pearl on behalf of Creditor Powell Construction Company, Inc.
ppearl@spilmanlaw.com, scormany@spilmanlaw.com

Peter M. Pearl on behalf of Creditor Suncrest Resources, LLC
ppearl@spilmanlaw.com, scormany@spilmanlaw.com

Peter M. Pearl on behalf of Creditor Toney Fork, LLC
ppearl@spilmanlaw.com, scormany@spilmanlaw.com

Shannon Pecoraro on behalf of U.S. Trustee Judy A. Robbins
shannon.franklin@usdoj.gov, june.e.turner@usdoj.gov;Theresa.Mack@usdoj.gov

Christopher L. Perkins on behalf of Creditor Peabody Energy Corporation
christopher.perkins@leclairryan.com,
sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Plaintiff Peabody Energy Corporation
christopher.perkins@leclairryan.com,
sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Christopher L. Perkins on behalf of Plaintiff Peabody Holding Company, LLC
christopher.perkins@leclairryan.com,
sharon.mitchell@leclairryan.com;stacy.beaulieu@leclairryan.com;parris.sorrell@leclairryan.com;deborah.dip@leclairryan.com

Loc Pfeiffer on behalf of Debtor Apogee Coal Company, LLC
loc.pfeiffer@kutakrock.com

Loc Pfeiffer on behalf of Debtor Appalachia Mine Services, LLC
loc.pfeiffer@kutakrock.com

Loc Pfeiffer on behalf of Debtor Black Stallion Coal Company, LLC
loc.pfeiffer@kutakrock.com

Loc Pfeiffer on behalf of Debtor Brody Mining, LLC
loc.pfeiffer@kutakrock.com

Loc Pfeiffer on behalf of Debtor Catenary Coal Company, LLC
loc.pfeiffer@kutakrock.com

Loc Pfeiffer on behalf of Debtor Central States Coal Reserves of Kentucky, LLC
loc.pfeiffer@kutakrock.com

Loc Pfeiffer on behalf of Debtor Colony Bay Coal Company LLC
loc.pfeiffer@kutakrock.com

Loc Pfeiffer on behalf of Debtor Corydon Resources LLC
loc.pfeiffer@kutakrock.com

Loc Pfeiffer on behalf of Debtor Coyote Coal Company LLC
loc.pfeiffer@kutakrock.com

Loc Pfeiffer on behalf of Debtor Emerald Processing, L.L.C.
loc.pfeiffer@kutakrock.com

Loc Pfeiffer on behalf of Debtor Kanawha Eagle Coal, LLC
loc.pfeiffer@kutakrock.com

Loc Pfeiffer on behalf of Debtor Patriot Coal Corporation
loc.pfeiffer@kutakrock.com

Richard Thomas Pledger on behalf of Creditor The Federal Insurance Company
rpledger@setliffholland.com, tmoran@setliffholland.com;kallen@setliffholland.com

Patricia Williams Prewitt on behalf of Creditor Kinder Morgan Resources
pprewitt@lockelord.com

Brandy M. Rapp on behalf of Creditor Kinder Morgan Resources, LLC
brapp@wtplaw.com, twhitt@wtplaw.com

Judy A. Robbins

USTPRegion04.RH.ECF@usdoj.gov

David R. Ruby on behalf of Creditor Cavcon, Inc.
druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby on behalf of Creditor Daniels Electric, Inc.
druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby on behalf of Creditor J.L. Knight Jr. Inc.
druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby on behalf of Creditor Kanawha Scales and Systems, Inc.
druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby on behalf of Creditor Phillips Machine Service, Inc.
druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby on behalf of Creditor Security America, Inc.
druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby on behalf of Creditor Standard Laboratories, Inc.
druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

Troy Savenko on behalf of Interested Party United Mine Workers of America
tsavenko@kv-legal.com, nferenbach@kv-legal.com

Daniel R Schimizzi on behalf of Creditor Fifth Third Bank
dschimizzi@bernsteinlaw.com, cwirick@bernsteinlaw.com

Eric Lopez Schnabel on behalf of Creditor US Bank National Association, as trustee
schnabel.eric@dorsey.com, glorioso.alessandra@dorsey.com

William H. Schwarzschild, III on behalf of Creditor Cortland Capital Market Services LLC
tschwarz@williamsmullen.com

Mark D. Sherrill on behalf of Unknown Honey Island Coal Co., LLC
mark.sherrill@sutherland.com

Cullen Drescher Speckhart on behalf of Creditor Boyd Fabrication Company
cspeckhart@wolriv.com, scigliano@wolriv.com

Cullen Drescher Speckhart on behalf of Creditor Cecil I. Walker Machinery Co.
cspeckhart@wolriv.com, scigliano@wolriv.com

Cullen Drescher Speckhart on behalf of Creditor Whayne Supply Company
cspeckhart@wolriv.com, scigliano@wolriv.com

Ronald W. Stern on behalf of Creditor AIG Assurance Company
ronsterndocuments@gmail.com, ronsternedvamail@gmail.com

Lynn L. Tavenner on behalf of Creditor Committee Official Committee of Unsecured Creditors
ltavenner@tb-lawfirm.com, sleadbeater@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com

Roy M. Terry, Jr. on behalf of Attorney Sands Anderson PC
rterry@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com

Roy M. Terry, Jr. on behalf of Interested Party Coastal Capital International, Ltd.
rterry@sandsanderson.com, sryan@sandsanderson.com;dbbankruptcy@gmail.com

Alison Ross Wickizer Toepp on behalf of Creditor GE Capital TMS
atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com

Alison Ross Wickizer Toepp on behalf of Creditor Gelco Corporation d/b/a GE Fleet Services
atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com

Alison Ross Wickizer Toepp on behalf of Creditor General Electric Capital Corporation
atoepp@reedsmith.com, dlynch@reedsmith.com;dflippen@reedsmith.com;docketingecf@reedsmith.com

Dylan G. Trache on behalf of Creditor Michelin North America, Inc.
dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;kimberly.hertz@nelsonmullins.com

Robert B. Van Arsdale on behalf of U.S. Trustee Judy A. Robbins
Robert.B.Van.Arsdale@usdoj.gov

Robert S. Westermann on behalf of Creditor CSX Transportation, Inc.
rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com

Robert S. Westermann on behalf of Creditor Fifth Third Bank
rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com

Robert S. Westermann on behalf of Creditor Bennett K. Hatfield
rwestermann@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com

Bruce W. White on behalf of Creditor Angela Hensley
gailwhite28@gmail.com, brucewwhite@gmail.com;brucebwhite@gmail.com

Bruce W. White on behalf of Creditor Bradley D Ullum
gailwhite28@gmail.com, brucewwhite@gmail.com;brucebwhite@gmail.com

Bruce W. White on behalf of Creditor Brittaney McGhee
gailwhite28@gmail.com, brucewwhite@gmail.com;brucebwhite@gmail.com

Bruce W. White on behalf of Creditor Clinton Campbell
gailwhite28@gmail.com, brucewwhite@gmail.com;brucebwhite@gmail.com

Bruce W. White on behalf of Creditor Delane Schoolcraft
gailwhite28@gmail.com, brucewwhite@gmail.com;brucebwhite@gmail.com

Bruce W. White on behalf of Creditor Gary C Conley
gailwhite28@gmail.com, brucewwhite@gmail.com;brucebwhite@gmail.com

Bruce W. White on behalf of Creditor George Runion
gailwhite28@gmail.com, brucewwhite@gmail.com;brucebwhite@gmail.com

Bruce W. White on behalf of Creditor Gina Young
gailwhite28@gmail.com, brucewwhite@gmail.com;brucebwhite@gmail.com

Bruce W. White on behalf of Creditor Heath Huffman
gailwhite28@gmail.com, brucewwhite@gmail.com;brucebwhite@gmail.com

Bruce W. White on behalf of Creditor Jeffery A Musgrove
gailwhite28@gmail.com, brucewwhite@gmail.com;brucebwhite@gmail.com

Bruce W. White on behalf of Creditor Jennifer Schoolcraft
gailwhite28@gmail.com, brucewwhite@gmail.com;brucebwhite@gmail.com

Bruce W. White on behalf of Creditor Jesika Legg
gailwhite28@gmail.com, brucewwhite@gmail.com;brucebwhite@gmail.com

Bruce W. White on behalf of Creditor Kevin Lester
gailwhite28@gmail.com, brucewwhite@gmail.com;brucebwhite@gmail.com

Bruce W. White on behalf of Creditor Maria L Conley
gailwhite28@gmail.com, brucewwhite@gmail.com;brucebwhite@gmail.com

Bruce W. White on behalf of Creditor Natasha N Townsend
gailwhite28@gmail.com, brucewwhite@gmail.com;brucebwhite@gmail.com

Bruce W. White on behalf of Creditor Shannon McGhee
gailwhite28@gmail.com, brucewwhite@gmail.com;brucebwhite@gmail.com

Bruce W. White on behalf of Creditor Vickie Robinette
gailwhite28@gmail.com, brucewwhite@gmail.com;brucebwhite@gmail.com

Jeremy S. Williams on behalf of Debtor Patriot Coal Corporation
jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com

Jeremy S. Williams on behalf of Debtor Patriot Ventures LLC
jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com

Jeremy S. Williams on behalf of Debtor Pine Ridge Coal Company, LLC
jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com

Jeremy S. Williams on behalf of Debtor Remington LLC
jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com

Jeremy S. Williams on behalf of Debtor Rhino Eastern JV Holding Company LLC
jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com

Jeremy S. Williams on behalf of Debtor Rivers Edge Mining LLC
jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com

Jeremy S. Williams on behalf of Debtor Robin Land Company, LLC
jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com

Jeremy S. Williams on behalf of Debtor Speed Mining LLC

jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com

Jeremy S. Williams on behalf of Debtor Thunderhill Coal LLC
jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com

Jeremy S. Williams on behalf of Debtor WWMV JV Holding Company LLC
jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com

Jeremy S. Williams on behalf of Debtor Wildcat Energy LLC
jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com

Jeremy S. Williams on behalf of Debtor Wildcat, LLC
jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com

Jeremy S. Williams on behalf of Debtor Will Scarlet Properties LLC
jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com

Scott C Williams on behalf of Creditor The Federal Insurance Company
swilliams@manierherod.com, mcollins@manierherod.com

Gordon S. Woodward on behalf of Interested Party Official Retiree Committee
gwoodward@schnader.com

Gordon S. Woodward on behalf of Interested Party Retiree VEBA Trust
gwoodward@schnader.com

Peter G. Zemanian on behalf of Creditor Argo Insurance Company
pete@zemanianlaw.com

And I further certify that on the 10th day of August 2015, I caused service of a full and complete copy of the Objection, pursuant to the Notices Procedures, by electronic mail to the following parties:

'jbean@patriotcoal.com'; 'james.sprayregen@kirkland.com'; 'ross.kwasteniet@kirkland.com'; 'stephen.hessler@kirkland.com'; 'patrick.evans@kirkland.com'; 'michael.condyles@kutakrock.com'; 'jeremy.williams@kutakrock.com'; 'bsteele@primeclerk.com'; 'david.wender@alston.com'; 'jkulback@archerlaw.com'; 'scousins@armstrongteasdale.com'; 'sehlers@armstrongteasdale.com'; 'kakishk@michigan.gov'; 'cmccarthy@btlaw.com'; 'dschimizzi@bernsteinlaw.com'; 'kburkley@bernsteinlaw.com'; 'ariley@bernsteinlaw.com'; 'astrehle@brownrudnick.com'; 'jjonas@brownrudnick.com'; 'jmarshall@brownrudnick.com'; 'jjonas@brownrudnick.com'; 'schristianson@buchalter.com'; 'gmcguire@campbellwoods.com'; 'aepps@cblaw.com'; 'jmclemore@cblaw.com'; 'aepps@cblaw.com'; 'jmclemore@cblaw.com'; 'mmueller@cblaw.com'; 'jmclemore@cblaw.com'; 'dcombs@combslaw.com'; 'ryan.morick@cortlandglobal.com'; 'legal@cortlandglobal.com'; 'kcrowley@clrbfirm.com'; 'sdabney@dabneypllc.com'; 'bgrabowski@pa.gov'; 'marcus.tarkington@db.com'; 'schnabel.eric@dorsey.com'; 'glorioso.alessandra@dorsey.com'; 'heim.steven@dorsey.com'; 'beckstrom.darryn@dorsey.com'; 'r3public@epa.gov'; 'holt@gentrylocke.com'; 'ahalperin@halperinlaw.net'; 'lgu@halperinlaw.net'; Kelly Griffith <kgriffith@HarrisBeach.com>; Bankruptcy <bkemail@HarrisBeach.com>; 'rwestermann@hf-law.com'; 'rgreenleaf@hf-law.com'; 'chris@hhsmlaw.com'; 'tpbrown@hunton.com'; 'hlong@hunton.com';

16

'jpaget@hunton.com'; 'Suzanne.Walker@irs.gov'; 'pwallace@joneswallace.com'; 'tsavenko@kv-legal.com'; 'tmayer@kramerlevin.com'; 'gplotko@kramerlevin.com'; 'tmayer@kramerlevin.com'; 'gplotko@kramerlevin.com'; 'sblank@kramerlevin.com'; 'achouprouta@kramerlevin.com'; 'Sbartram@lbltplaw.com'; 'mitchell.seider@lw.com'; 'david.hammerman@lw.com'; 'pwp@pattiprewittlaw.com'; 'rmoorman@moormanlaw.com'; 'christopher.perkins@leclairryan.com'; 'bruce.matson@leclairryan.com'; 'dtmoss@jonesday.com'; 'vernon.inge@leclairryan.com'; 'corey.booker@leclairryan.com'; 'slevine@lowenstein.com'; 'pgross@lowenstein.com'; 'swilliams@manierherod.com'; 'mcollins@manierherod.com'; 'dhayes@mcguirewoods.com'; 'sboehm@mcguirewoods.com'; 'pgreen@mooneygreen.com'; 'jmooney@mooneygreen.com'; 'rwelch@mooneygreen.com'; 'Choctor@mrcpclaw.com'; 'amelia.joiner@morganlewis.com'; 'caxelrod@morganlewis.com'; 'jgoodchild@morganlewis.com'; 'rmauceri@morganlewis.com'; 'mhamroff@moritthock.com'; 'tdriscoll@moritthock.com'; 'lmarinuzzi@mofo.com'; 'jmarines@mofo.com'; 'jwishnew@mofo.com'; 'jweber@mofo.com'; 'kcordry@naag.org'; 'dylan.trache@nelsonmullins.com'; 'jody.bedenbaugh@nelsonmullins.com'; 'sportman@pa.gov'; 'usavae.usattys@usdoj.gov'; 'Elisabetta.G.Gasparini@usdoj.gov'; 'Robert.B.Van.Arsdale@usdoj.gov'; 'Shannon.Pecoraro@usdoj.gov'; 'Judy.Robbins@usdoj.gov'; 'mesposito@pennstuart.com'; 'dbaldwin@potteranderson.com'; 'rmcneill@potteranderson.com'; 'grb@princeyeates.com'; 'claims@recoverycorp.com'; 'atoepp@reedsmith.com'; 'mvenditto@reedsmith.com'; 'cpuleo@reedsmith.com'; 'cmanchester@reedsmith.com'; 'rpage@rpagelaw.com'; 'rterry@sandsanderson.com'; 'bgray@sandsanderson.com'; 'jsmith@sandsanderson.com'; 'Bgray@sandsanderson.com'; 'cbelmonte@ssbb.com'; 'pbosswick@ssbb.com'; 'gwoodward@schnader.com'; 'philadelphia@sec.gov'; 'secbankruptcy@sec.gov'; 'rpledger@setliffholland.com'; 'tmoran@setliffholland.com'; 'rfurgurson@setliffholland.com'; 'bwolfe@sheppardmullin.com'; 'squsba@stblaw.com'; 'wrussell@stblaw.com'; 'nbaker@stblaw.com'; 'zander.li@stblaw.com'; 'squsba@stblaw.com'; 'al.hogan@skadden.com'; 'ken.ziman@skadden.com'; 'shana.elberg@skadden.com'; 'nikolay.kodes@skadden.com'; 'ken.ziman@skadden.com'; 'dgoldstein@selawfirm.com'; 'ppearl@spilmanlaw.com'; 'ppearl@spilmanlaw.com'; 'rchappell@spottsfain.com'; 'jdonaldson@spottsfain.com'; 'elliot.smith@squirepb.com'; 'jcohen@stahlcowen.com'; 'james.ware@stateelectric.com'; 'Attorney.General@state.DE.US'; 'webmaster@atg.state.il.us'; 'web@ag.ky.gov'; 'attorney.general@ago.mo.gov'; 'consumer@wvago.gov'; 'lea.goff@skofirm.com'; 'emily.pagorski@skofirm.com'; 'mark.sherrill@sutherland.com'; 'tom.byrne@sutherland.com'; 'ltavenner@tb-lawfirm.com'; 'pberan@tb-lawfirm.com'; 'druby@t-mlaw.com'; 'wprince@t-mlaw.com'; 'anelson@t-mlaw.com'; 'massie.cooper@troutmansanders.com'; 'richard.hagerty@troutmansanders.com'; 'laura.moran@usbank.com'; 'bajkowski.sean@dol.gov'; 'sinesi.dominique@dol.gov'; 'blocklin@umwafunds.org'; 'Mcohen@vedderprice.com'; 'Schen@vedderprice.com'; 'benglander@wtplaw.com'; 'mhastings@wtplaw.com'; 'brapp@wtplaw.com'; 'tschwarz@williamsmullen.com'; 'aburnett@williamsmullen.com'; 'cspeckhart@wolriv.com'

Executed on August 10, 2015.

*/s/Laura M. Chrissley*
Laura M. Chrissley