Stephen E. Hessler (admitted *pro hac vice*)
Patrick Evans (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

- and -

James H.M. Sprayregen, P.C.
Ross M. Kwasteniet (admitted *pro hac vice*)
Justin R. Bernbrock (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
KUTAK ROCK LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
Telephone:     (804) 644-1700
Facsimile:      (804) 783-6192

*Counsel for the Debtors and
Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| PATRIOT COAL CORPORATION, *et al.*, | ) Case No. 15-32450 (KLP) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF ADJOURNMENT OF AUCTION

**PLEASE TAKE NOTICE THAT** on June 25, 2015, the United States Bankruptcy Court for the Eastern District of Virginia (the "Court") entered the *Order (A) Approving Bidding Procedures and Bid Protections in Connection With the Sales of Certain of the Debtors' Assets, (B) Approving the Form and Manner of Notice, (C) Scheduling Auctions and a Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief and (II) an Order (A) Approving the Sale of Assets Pursuant to the Bidding Procedures, (B) Authorizing the Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief* [Docket No. 406] (the "Bidding Procedures Order") approving, among other things, the bidding procedures (the "Bidding Procedures").[1]

---

[1] Capitalized terms used but not otherwise defined herein are used as defined in the Bidding Procedures Order and the Bidding Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE THAT** the Bidding Procedures contemplate that the Debtors, in the exercise of their business judgment, will proceed with an auction (the "Auction") pursuant to the Bidding Procedures in the event that the Debtors receive one or more Qualified Bids.

**PLEASE TAKE FURTHER NOTICE THAT** the Bidding Procedures established September 4, 2015, at 5:00 p.m., prevailing Eastern Time as the Bid Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** the Bidding Procedures established September 7, 2015 at 5:00 p.m., prevailing Eastern Time as the deadline for the Debtors to notify each Bidder whether its Bid is a Qualified Bid (the "Qualified Bid Deadline").

**PLEASE TAKE FURTHER NOTICE THAT** the Bidding Procedures established that, in the event that the Debtors receive competing Qualified Bids, the Debtors will conduct the Auction on September 9, 2015, at 10:00 a.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE THAT** in accordance with the Bidding Procedures, the Debtors have extended the Qualified Bid Deadline to **September 10, 2015, at 11:59 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE THAT** in accordance with the Bidding Procedures, the Debtors have adjourned the Auction to **September 11, 2015, at 9:00 a.m. prevailing Eastern Time** at the offices of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022.

**PLEASE TAKE FURTHER NOTICE THAT** the Bidding Procedures Order, the Bidding Procedures, and further information regarding the chapter 11 cases may be obtained free of charge by visiting the website of the Debtors' notice, claims, and balloting agent, Prime Clerk LLC, at http://cases.primeclerk.com/PatriotCoal or by calling (844) 864-0639 (for domestic or Canadian callers).  You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.vaeb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: September 7, 2015  /s/ Michael A. Condyles
Richmond, Virginia

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
**KUTAK ROCK LLP**
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
Telephone:   (804) 644-1700
Facsimile:    (804) 783-6192

- and -

Stephen E. Hessler (admitted *pro hac vice*)
Patrick Evans (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

- and -

James H.M. Sprayregen, P.C.
Ross M. Kwasteniet (admitted *pro hac vice*)
Justin R. Bernbrock (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel for the Debtors
and Debtors in Possession*